UNITED STATES DISTRICT OURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:   Improper Payments Received In
         *Pro Se* Cases

-------------------------------------------------------------X

STANDING ORDER
M10-468

WHEREAS, *pro se* litigants (litigants who represent themselves) who commence a new civil action or file a notice of appeal in this court, must either pay the requisite fees to bring a civil action or an appeal, or request an authorization to proceed *in forma pauperis* (IFP), that is, without payment of fees, through submission of a signed IFP application, *see* 28 U.S.C. §§ 1914, 1915,

WHEREAS, the Clerk's Office has established the following policy regarding acceptable methods for the payment of such fees:

- *In person* by cash, certified bank check, money order, or major credit card; or
- *By mail* via certified bank check or money order, (or institutional check for incarcerated litigants)

IT IS HEREBY ORDERED that payments made by any form other than those mentioned above or in amounts other than the applicable fees listed in the Miscellaneous Fee Schedule (that is, partial payment or over-payments) are deemed improper.

IT IS FURTHER ORDERED that, upon receipt of a payment that is deemed improper, the Clerk of Court, or the Clerk's designee, is directed to immediately return said improper payment to the litigant via certified mail with a copy of this order and the Miscellaneous Fee Schedule. The Clerk's Office shall memorialize the improper payment having been received and returned to the litigant through a docket entry on the Court's Electronic Case Filing system, which shall include the attachment of a copy of this Standing Order.

Within thirty (30) days of the filing of this Standing Order in a case for which the improper payment was submitted, the litigant must pay the applicable filing fee as listed on the Miscellaneous Fee Schedule in effect at the time of the filing, following one of the methods listed above. No summons shall issue until the requisite payment is received by the court. Failure to comply with the terms of this order may result in dismissal of this civil action without prejudice to re-filing with proper fee.

SO ORDERED.

Dated:  January 29, 2024

_____
Hon. Laura Taylor Swain, Chief Judge