**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X
**ARI TEMAN,**

                    Plaintiff,

     v.                                     Case No. 1:26-cv-03517-LTS

**MEDPRO GROUP, INC., et al.,**

                    Defendants.
-------------------------------------------------------------------------X

### PLAINTIFF'S LETTER-MOTION TO CURE CLERICAL SHORTFALL IN FILING FEE

May 11, 2026

The Honorable Laura Taylor Swain
Chief Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Your Honor:

      Plaintiff Ari Teman, proceeding pro se, respectfully submits this letter-motion to address a $3.00 clerical shortfall in the filing fee previously submitted, and to request that the Court permit Plaintiff to cure that shortfall by one of three simple means.

      Background.  Plaintiff timely mailed money orders to the Clerk of Court in accordance with Standing Order M10-468, which authorizes payment of the filing fee by mail via money order. The money orders were mailed on time and in good faith. Due solely to a typographical error -- writing $402.00 instead of $405.00 -- the amount submitted was $3.00 short of the correct filing fee. This was not a deliberate underpayment or an inability to pay; it was a simple type-o mistake of a single digit. Defendants have since been served and have appeared in this action.

      Relief Requested.  Plaintiff respectfully requests that the Court permit the $3.00 shortfall to be cured in whichever of the following ways the Court and Clerk find most convenient:

      Option 1:  If the Clerk's Office still has the original money orders in its possession, Plaintiff respectfully requests that the Court direct the Clerk to retain and accept those money orders, and that Plaintiff be permitted to separately mail the outstanding balance of $3.00 by money order to the Clerk of Court. Plaintiff will do so within three (3) business days of the Court's order.

Option 2:  If the original money orders have already been returned or are no longer available, Plaintiff requests a brief extension of no more than fourteen (14) days to re-issue and mail a replacement money order in the full correct amount of $405.00.

Option 3:  In the alternative, Plaintiff respectfully requests that the Court order the Clerk to permit Plaintiff to pay the filing fee -- or the $3.00 balance, as applicable -- online or by phone via credit card, in the same manner that represented counsel are routinely permitted to pay filing fees through the Court's electronic filing system. Plaintiff is fully prepared to make immediate online payment if so authorized. Permitting a pro se litigant to pay by the same electronic means available to attorneys would be the most efficient resolution and would eliminate any risk of future clerical error in the handling of physical instruments.

Any of these three remedies fully cures the shortfall at minimal burden to the Court and the Clerk's Office. Defendants have appeared and will suffer no prejudice. Dismissal of this action over a $3.00 typographical error -- when Plaintiff has acted in good faith throughout -- would be a disproportionate result that does not serve the interests of justice.

Plaintiff thanks the Court for its consideration and is available to provide any further information the Court may require.

Respectfully submitted,


**Ari Teman**
Plaintiff, Pro Se

**Attachments:**
Exhibit A -- Redacted copy of original money order(s) ($402.00)
Exhibit B -- UPS tracking confirmation of original mailing



