UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ARI BARUCH TEMAN,

                       Plaintiff,

          - against -

MEDPRO GROUP INC., ATTORNEY PROTECTIVE,
SCOTT PATRICK, LEWIS BRISBOIS BISGAARD &
SMITH LLP, CRISTINA YANNUCCI, SAM COHEN,
ZELDES NEEDLE COOPER LLP, ROBERT S.
COOPER, MAXIMINO MEDINA, JEREMY VIRGIL,
DANAHER LAGNESE, P.C., SILVER HILL, and
HOSPITAL, INC.,

                       Defendants.

-------------------------------------------------------------------X

Civil Case No.: 1:26-cv-03517

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL  PARTIES OF RECORD**:

      **PLEASE BE ADVISED** that Defendants LEWIS BRISBOIS BISGAARD & SMITH LLP, CRISTINA YANNUCCI, and SAM COHEN, hereby appear in this matter *pro se*, and that Defendants ZELDES, NEEDLE & COOPER, P.C. i/s/h/a ZELDES NEEDLER COOPER LLP, ROBERT S. COOPER, MAXIMINO MEDINA, and JEREMY VIRGIL hereby appear in this matter by their attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP. Copies of all notices, pleadings, filings, and communications are to be given and served upon the undersigned as counsel for the above-identified Defendants at the following address:

                  LEWIS BRISBOIS BISGAARD & SMITH LLP
                  7 World Trade Center
                  250 Greenwich Street, 11th Floor
                  New York, New York 10007
                  Attn: Sam A. Cohen, Esq.
                  Tel: (646) 989-9430
                  Email: sam.cohen@lewisbrisbois.com

1

Dated: New York, New York
        May 19, 2026

                              Respectfully submitted,


                   **LEWIS BRISBOIS BISGAARD & SMITH LLP**


      By:       /s/ Sam A. Cohen, Esq.
                   Sam A. Cohen, Esq.
                   *Attorneys for Defendants*
                   *LEWIS BRISBOIS BISGAARD & SMITH LLP,*
                   *CRISTINA YANNUCCI, SAM COHEN,*
                   *ZELDES, NEEDLE & COOPER, P.C.*
                   *i/s/h/a ZELDES NEEDLER COOPER LLP,*
                   *ROBERT S. COOPER, MAXIMINO MEDINA,*
                   *and JEREMY VIRGIL*
                   7 World Trade Center
                   250 Greenwich Street, 11th Floor
                   New York, New York 10007
                   Phone: (646) 989-9430
                   Email: sam.cohen@lewisbrisbois.com


To:      All parties via ECF