UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARI BARUCH TEMAN,

Civil Case No.: 1:26-cv-03517

                    Plaintiff,

          - against -                          **NOTICE OF APPEARANCE**

MEDPRO GROUP INC., ATTORNEY PROTECTIVE,
SCOTT PATRICK, LEWIS BRISBOIS BISGAARD &
SMITH LLP, CRISTINA YANNUCCI, SAM COHEN,
ZELDES NEEDLE COOPER LLP, ROBERT S.
COOPER, MAXIMINO MEDINA, JEREMY VIRGIL,
DANAHER LAGNESE, P.C., SILVER HILL, and
HOSPITAL, INC.,

                    Defendants.
------------------------------------------------------------------X

**TO THE CLERK OF THE COURT AND ALL  PARTIES OF RECORD**:

          **PLEASE BE ADVISED** that Defendants LEWIS BRISBOIS BISGAARD & SMITH

LLP, CRISTINA YANNUCCI, and SAM COHEN, hereby appear in this matter *pro se*, and that

Defendants ZELDES, NEEDLE & COOPER, P.C. i/s/h/a ZELDES NEEDLER COOPER LLP,

ROBERT S. COOPER, MAXIMINO MEDINA, and JEREMY VIRGIL hereby appear in this

matter by their attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP. Copies of all notices,

pleadings, filings, and communications are to be given and served upon the undersigned as counsel

for the above-identified Defendants at the following address:

                    LEWIS BRISBOIS BISGAARD & SMITH LLP
                    7 World Trade Center
                    250 Greenwich Street, 11th Floor
                    New York, New York 10007
                    Attn: Cristina Yannucci, Esq.
                    Tel: (212) 232-1412
                    Fax: (212) 232-1399
                    Email: cristina.yannucci@lewisbrisbois.com

1

Dated: New York, New York
       May 19, 2026

                    Respectfully submitted,


**LEWIS BRISBOIS BISGAARD & SMITH LLP**


By:    /s/ Cristina Yannucci, Esq.
       Cristina Yannucci, Esq.
       *Attorneys for Defendants*
       *LEWIS BRISBOIS BISGAARD & SMITH LLP,*
       *CRISTINA YANNUCCI, SAM COHEN,*
       *ZELDES, NEEDLE & COOPER, P.C.*
       *i/s/h/a ZELDES NEEDLER COOPER LLP,*
       *ROBERT S. COOPER, MAXIMINO MEDINA,*
       *and JEREMY VIRGIL*
       7 World Trade Center
       250 Greenwich Street, 11th Floor
       New York, New York 10007
       Phone: (212) 232-1412
       Email: cristina.yannucci@lewisbrisbois.com


To:    All parties via ECF