# EXHIBIT B

## Yannucci Discovery Letter — Zeldes Action

Teman v. Zeldes Needle Cooper LLP

No. 24-cv-9830-LJL (S.D.N.Y.)

Letter from Cristina R. Yannucci to Plaintiff
Re: Discovery Disputes, Document Retention Systems,
Custodianship of Communications,
and Scope of Court's April 21, 2026 Order

Submitted in Support of:
Plaintiff's Motion to Disqualify Defendants' Counsel