**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ARI BARUCH TEMAN,

                      Plaintiff,                    **Case No.: 1:26-cv-03517 (LJL)**

     – against –

MEDPRO GROUP INC., ATTORNEY PROTECTIVE,
SCOTT PATRICK, LEWIS BRISBOIS BISGAARD &
SMITH LLP, CRISTINA YANNUCCI, SAM COHEN,
ZELDES NEEDLE COOPER LLP, ROBERT S.
COOPER, MAXIMINO MEDINA, JEREMY VIRGIL,
DANAHER LAGNESE, P.C., SILVER HILL, and
HOSPITAL, INC.,

                      Defendants.
-----------------------------------------------------------------------X

## <u>NOTICE OF APPEARANCE</u>

     **PLEASE TAKE NOTICE** that Spencer A. Richards, of Furman Kornfeld & Brennan

LLP, hereby appears as an attorney of record for Defendant DANAHER LAGNESE, P.C. in the

above-captioned matter.  Undersigned counsel hereby certifies that he is admitted to practice in

this Court.


Dated: May 28, 2026
       New York, New York

                                Respectfully Submitted,

                                **FURMAN KORNFELD & BRENNAN LLP**

                 By:                                   
                                Spencer A. Richards Bar No 7177
                                *Attorneys for Defendant*  DANAHER
                                LAGNESE, P.C.
                                Wall Street Plaza
                                88 Pine Street, 32nd Floor
                                New York, NY 10005
                                T: (212) 867-4100
                                F: (212) 867-4118
                                Email: <srichards@fkblaw.com>