

WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

**AMANDA DRANTCH**
(516) 357-3282
amanda.drantch@rivkin.com

June 1, 2026

<u>**VIA ECF**</u>

Magistrate Judge Sarah L. Cave
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St. – Courtroom 18A

      Re:   Ari Baruch Teman v. MedPro Group Inc., et. al.
              Docket No.: 1:26-cv-03517

Dear Magistrate Judge Cave:

      Our firm represents Defendants, MedPro Group Inc. ("MedPro"), Somerset Services, LLC d/b/a Attorney Protective i/s/h/a Attorney Protective ("Attorney Protective"), and Scott Patrick ("Patrick") (collectively referred to as "MedPro Defendants") in the above referenced matter. We respectfully submit this letter in opposition to Plaintiff Ari Baruch Teman's ("Plaintiff") "Emergency Letter Motion to Compel Immediate Production of Client File." *See* ECF No. 21.

      In this context, Plaintiff's "Emergency Letter Motion to Compel Immediate Production of Client File" does not appear to be directed to the MedPro Defendants. However, because Plaintiff repeatedly refers to "Defendants" collectively, and thereby at least suggests that his motion may be directed towards the MedPro Defendants, we submit this brief response and opposition.

      Plaintiff seeks to compel the production of his client file. However, the MedPro Defendants are not in possession, custody, or control of Plaintiff's client file. Moreover, Plaintiff appears to be conflating discovery in the present case with discovery in the related case proceeding under Docket No.: 1:24-cv-09380, to which the MedPro Defendants are not parties. At least insofar as <u>this</u> action is concerned, Plaintiff's "Emergency Letter Motion to Compel Immediate Production of Client File" is premature because the MedPro Defendants are not yet even due to respond to Plaintiff's Complaint, and discovery in this action has not commenced.

      Moreover, Plaintiff did not confer with the MedPro Defendants regarding the relief sought in his "Emergency Letter Motion to Compel Immediate Production of Client File", as required by the Court's Individual Practices.

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333



May 31, 2026
Page 2

Accordingly, to the extent that this "Emergency Letter Motion to Compel Immediate Production of Client File" is addressed to the MedPro Defendants, it should be denied.

Respectfully submitted,

RIVKIN RADLER LLP

*/s/ Amanda B. Drantch*

Amanda B. Drantch

4901-6154-4881, v. 1