UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
ARI BARUCH TEMAN,                                   :
:
Plaintiff,                    :
:                    26-cv-3517 (LJL)
-v-                                       :
:                    ORDER
MEDPRO GROUP INC. et al.,                            :
:
Defendants.                  :
:
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/02/2026

LEWIS J. LIMAN, United States District Judge:

The motion of Plaintiff Ari Baruch Teman to participate in electronic case filing is

GRANTED.  Plaintiff is advised that abuse of the electronic case filing rights may result in

withdrawal of these rights.  If Plaintiff seeks to connect his filing to his current PACER account,

he may submit such request to the Southern District of New York's Attorney Services office.

Attorney Services can be reached at (212) 805-0800.

The Clerk of Court is respectfully directed to close Dkt. No. 20.

SO ORDERED.

Dated: June 2, 2026
       New York, New York                  _____
                                              LEWIS J. LIMAN
                                              United States District Judge