# **<u>EXHIBIT 2</u>**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ARI BARUCH TEMAN,

                Plaintiff,

     -v-

ZELDES NEEDLE COOPER LLP et al.,

              Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/01/2026

24-cv-9830 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will address Defendants' motion for a protective order at the conference on Monday, June 8, 2026.  Defendants' obligation to respond to Plaintiff's discovery requests is suspended pending further order of the Court.

    SO ORDERED.

Dated: June 1, 2026
      New York, New York

                                     LEWIS J. LIMAN
                         United States District Judge