

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100 Fax: 212-867-4118
www.fkblaw.com

June 4, 2026

**VIA ECF**

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

   Re: *Ari Baruch Teman v. Med Pro Group Inc., et al*
     Civil Case No. 1:26-cv-03517 (LJL)

Dear Justice Liman:

   This office represents Defendant Danaher Lagnese, P.C. ("Danaher") in the above-captioned matter. We submit this letter in response to Plaintiff's various letter motions (ECF Doc. Nos, 21, 25, 28) which largely seek the return of his client file. Although Plaintiff does not appear to specifically reference or direct his requests to Danaher, because Plaintiff collectively refers to "Defendants," we submit this letter to provide necessary clarification.

   On June 3, 2026, Plaintiff contacted the undersigned counsel requesting that Danaher "voluntarily produce the files and records it maintained in connection with its representation of Silver Hill Hospital in the underlying matter — including medical records, deposition transcripts, expert materials, and any correspondence or documents shared with or received from Zeldes Needle Cooper LLP or its attorneys during that litigation." We find it necessary to address this correspondence. To the extent Plaintiff seeks Danaher's litigation file, such a request is premature because discovery has not yet commenced, and this Court has not issued a Case Management Order.

   Moreover, Danaher is not in possession, custody, or control of Plaintiff's client file. Additionally, Plaintiff appears to be referring to another related action to which Danaher is not a party. Accordingly, it is respectfully requested that any request for Danaher's litigation file should be denied.

   We thank the Court for its time and consideration.

*Ari Baruch Teman v. Med Pro Group Inc., et al*
Civil Case No. 1:26-cv-03517
Page 2 of 2

FURMAN KORNFELD & BRENNAN, LLP

Respectfully submitted,

*Spencer A. Richards, Esq.*

cc:    All Parties (via ECF)