June 8, 2026

Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *Teman v. MedPro Group, Inc., et al.*, No. 1:26-cv-03517 — Letter-Motion to Reflect Payment of Filing Fee**

Dear Judge Liman:

At the telephone conference on June 8, 2026 at 10:00 a.m., the Court noted that the corrected filing fee had not yet been received. Plaintiff respectfully submits this letter to advise the Court that the corrected filing fee was paid and mailed, and to request that the docket be updated to reflect that the filing fee has been paid.

After learning that the required filing fee was $405 rather than the $402 originally tendered (a result of a typo), Plaintiff obtained a corrected Western Union money order in the amount of $405.00 payable to the Clerk of Court (Exhibit A) and mailed it to the Court via UPS 2nd Day Air (Exhibit B). The UPS tracking number is 1ZJ86F660234214468.

Plaintiff previously emailed the Pro Se Intake Unit on May 13, 2026 to request docketing of a Notice of Corrected Payment (Exhibit C) and submitted the accompanying Notice of Corrected Payment (Exhibit D), which advised the Court of the corrected $405.00 money order and the UPS tracking number.

Copies of the corrected $405.00 money order and the UPS mailing receipt are attached inline to this letter. Plaintiff has partially redacted the barcodes, serial number, identification number, and related computerized codes of the money order because this is a public filing, in order to prevent misuse, unauthorized negotiation, or online redemption of the instrument. Plaintiff can file the complete, unredacted money order under seal or in such manner as the Court directs.

Plaintiff respectfully requests that the docket reflect that the filing fee has been paid.

Respectfully submitted,


Ari Teman

Plaintiff, Pro Se


**Attachments:**

Exhibit A — Redacted $405.00 Western Union Money Order

Exhibit B — UPS Receipt and Tracking Information

Exhibit C — May 13, 2026 Email to Pro Se Intake Unit

Exhibit D — Notice of Corrected Payment Submission

**EXHIBIT A**

Redacted $405.00 Western Union Money Order



**EXHIBIT B**

UPS Receipt and Tracking Information

## Drop-Off Package Receipt: 1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

DROP-OFF LOCATION:
THE UPS STORE #0487
8306 MILLS DR
MIAMI FL 33183-4838

DROP-OFF DATE/TIME:
Tue 12 May 2026 11:35 AM

ESTIMATED PICKUP DATE:
UPS             Tue 12 May 2026   1pkg

TOTAL PACKAGES:                       1pkg

| TRACKING/REFERENCE | CARRIER & SERVICE | WEIGHT |
|---|---|---|
| 1ZJ86F660234214468 | UPS 2nd Day Air Com | 0.00 lb mw |

THIS RECEIPT LISTS EACH PACKAGE RECEIVED BY THE UPS STORE #0487 AND
INDICATES THE INFORMATION FOR EACH PACKAGE HAS BEEN TRANSMITTED TO EACH
CARRIER'S DATA SYSTEM. PACKAGES WITH OFFLINE LABELS WILL BE UPDATED AND
PROCESSED BY THE UPS STORE PERSONNEL AND TRANSMITTED TO EACH CARRIER'S DATA
SYSTEM AFTER A CONNECTION IS REESTABLISHED. THIS RECEIPT IS NOT CONFIRMATION
THE CARRIER HAS PICKED UP THE PACKAGE. TO VERIFY THE STATUS OF A PACKAGE, GO
TO HTTP://THEUPSSTORE.COM, SELECT TRACKING, THEN ENTER TRACKING #. IF YOU
SELECTED A NO PACKAGING OPTION FOR YOUR RETURNED ITEM, PLEASE CONTACT THE
VENDOR WITH THE LISTED TRACKING/REFERENCE NUMBER FOR RETURN/REFUND STATUS.
THE UPS STORE DOES NOT MAINTAIN RETURN/REFUND STATUS FOR VENDORS. YOU
ACKNOWLEDGE THAT THE SHIPMENT SERVICES PROVIDED BY THE UPS STORE #0487 FOR
THE LISTED PACKAGES ARE SUBJECT TO AND GOVERNED BY EACH CARRIER AGREEMENT,
IF APPLICABLE, THE RATES AND SERVICE GUIDE FOR EACH CARRIER, AND THE TARIFF
IN EFFECT AT THE TIME OF SHIPMENT.

For a chance to win Amazon Gift Card, visit:
https://www.theupsstore.com/cms

E3F9F7B0DEA74E55B27BB2056A4BFC23

05/12/2026 11:35 AM  Pacific Time
Powered by iShip(r) :C

 SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.    KR1225

**EXHIBIT C**

May 13, 2026 Email to Pro Se Intake Unit

 Gmail

Ari Teman <ari@teman.com>

---

**Please file in Teman v MedPro 1:26-cv-03517-LTS - Notice of Corrected Payment**
1 message

**Ari B. Teman** <ari@teman.com>                                    Wed, May 13, 2026 at 11:01 PM
To: Temporary_Pro_Se_Filing@nysd.uscourts.gov

Hello,

Would you please file this in
CASE: Teman v MedPro
INDEX: 1:26-cv-03517-LTS
NOTICE OF CORRECTED PAYMENT

Thank you
Ari Teman
1521 Alton Road #888
Miami Beach FL 33139

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

---

📄 Notice_Corrected_Payment_Teman_v_MedPro.pdf
3K

**EXHIBIT D**

Notice of Corrected Payment Submission

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**TEMAN v. MEDPRO GROUP INC.**
**Case No. 1:26-cv-03517**

**NOTICE OF CORRECTED PAYMENT SUBMISSION**

Please take notice that in the above-captioned matter, *Teman v. MedPro Group Inc.* (1:26-cv-03517), the undersigned has replaced the previously submitted money order in the incorrect amount of $402.00 (a result of a typo) with a Western Union money order in the amount of $405.00.

For the Clerk's convenience, the UPS Tracking Number is 1ZJ86F660234214468, with an estimated delivery date of tomorrow, well in advance of the applicable deadline.

The undersigned respectfully submits that this corrected payment constitutes timely and proper compliance with the Court's payment requirement.

Respectfully submitted,

*/s/ **Ari Teman***
Ari Teman
Pro Se
Tel Aviv, Israel
May 13, 2026