**LYDECKER**
Michael Poreda, Esq.
200 Broadhollow Road Ste 207
Melville, NY 11747
Telephone: (631) 260-1110
Facsimile: (631) 336-2030
mporeda@lydecker.com
*Attorneys for Defendants*
*Silver Hill Hospital, Inc*

| | | |
|---|---|---|
| ARI BARUCH TEMAN., | : | UNTIED STATES DISTRICT |
| | : | COURT FOR THE SOUTHERN |
| Plaintiffs, | : | DISTRICT OF NEW YORK |
| -against- | : | |
| | : | DOCKET NO. 1:26-cv-03517-UA |
| MEDPRO GROUP INC., SILVER HILL HOSPITAL, INC | : | |
| | : | CIVIL ACTION |
| | : | |
| Defendants. | : | |
| | : | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, Michael Poreda, Esq. of the law firm of Lydecker,

hereby enters his appearance in this action as counsel Defendant **SILVER HILL HOSPITAL,**

**INC.**

Dated: July 7, 2026

**LYDECKER**

*/s/ Michael Poreda*
Michael Poreda, Esq.
200 Broadhollow Road Suite 207
Melville, NY 11747
mloevinger@lydecker.com