**LYDECKER**
Mark Loevinger, Esq.
200 Broadhollow Road Ste 207
Melville, NY 11747
Telephone: (631) 260-1110
Facsimile: (631) 336-2030
mporeda@lydecker.com
*Attorneys for Defendants*
*Silver Hill Hospital, Inc*

| | |
|---|---|
| ARI BARUCH TEMAN., | : UNTIED STATES DISTRICT |
| | : COURT FOR THE SOUTHERN |
| Plaintiffs, | : DISTRICT OF NEW YORK |
| -against- | : |
| | : DOCKET NO. 1:26-cv-03517-UA |
| MEDPRO GROUP INC., SILVER HILL HOSPITAL, INC | : |
| | : CIVIL ACTION |
| | : |
| Defendants. | : |
| | : **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, Mark Loevinger, Esq. of the law firm of Lydecker,

hereby enters his appearance in this action as counsel Defendant **SILVER HILL HOSPITAL,**

**INC.**

Dated: July 6, 2026

> **LYDECKER**
>
> */s/ Mark Loevinger*
> Mark Loevinger, Esq.
> 200 Broadhollow Road Suite 207
> Melville, NY 11747
> mloevinger@lydecker.com