UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

ARI BARUCH TEMAN,

                    Plaintiff,

          -against-

MEDPRO GROUP INC.; ATTORNEY PROTECTIVE;
SCOTT PATRICK; LEWIS BRISBOIS BISGAARD &
SMITH LLP; CRISTINA YANNUCCI; SAM COHEN;
ZELDES NEEDLE COOPER LLP; ROBERT S. COOPER;
MAXIMINO MEDINA; JEREMY VIRGIL; DANAGER
LAGNESE, P.C.; SILVER HILL HOSPITAL, INC.,

                    Defendants.

-----------------------------------------------------------------------X

Docket No.:
1:26-cv-03517-LJL

**NOTICE OF MOTION TO DISMISS COMPLAINT BY DEFENDANTS MEDPRO GROUP INC., SOMERSET SERVICES LLC d/b/a ATTORNEY PROTECTIVE, AND SCOTT PATRICK**

**PLEASE TAKE NOTICE** that Defendants MedPro Group Inc. ("MedPro"), Somerset Services LLC d/b/a Attorney Protective i/s/h/a Attorney Protective ("Attorney Protective"), and Scott Patrick ("Patrick") (collectively the "MedPro Defendants") by their counsel Rivkin Radler LLP, move this Court for an order dismissing Plaintiff Ari Baruch Teman's ("Plaintiff') Complaint in this action pursuant to Fed. R. Civ. P. 12(b)(6) and the Court's inherent power, along with all other relief that the Court deems necessary and proper.

**PLEASE TAKE FURTHER NOTICE** that – in accordance with the Court's order at ECF 38 – Plaintiff shall file any opposition to this motion on or before August 10, 2026, and the MedPro Defendants shall file any reply in further support of this motion on or before August 17, 2026.

Dated: Uniondale, New York
      July 10, 2026

                              Respectfully submitted,

                              RIVKIN RADLER LLP
                              Attorneys for MedPro Group Inc., Somerset Services
                              LLC d/b/a Attorney Protective i/s/h/a Attorney
                              Protective and Scott Patrick


                              /s/ Max Gershenoff

                              Max Gershenoff
                              Amanda Drantch
                              926 RXR Plaza
                              Uniondale, New York 11556
                              (516) 357-3000

TO: All parties and counsel of record (via ECF)


4925-4058-8731, v. 1