**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------
ARI BARUCH TEMAN,

                        Plaintiff,

          - against -

MEDPRO GROUP INC., ATTORNEY PROTECTIVE, SCOTT PATRICK, LEWIS BRISBOIS BISGAARD & SMITH LLP, CRISTINA YANNUCCI, SAM COHEN, ZELDES NEEDLE COOPER LLP, ROBERT S. COOPER, MAXIMINO MEDINA, JEREMY VIRGIL, DANAHER LAGNESE, P.C., SILVER HILL HOSPITAL, INC.,

                        Defendants.
------------------------------------------------------------------------

**Case No.: 1:26-CV-03517-LJL**

**<u>NOTICE OF MOTION TO DISMISS COMPLAINT BY DEFENDANT DANAHER LAGNESE, P.C.</u>**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Declaration of Spencer A. Richards and the exhibits annexed thereto, Defendant Danaher Lagnese, P.C., by their counsel Furman Kornfeld & Brennan LLP, will hereby move this Court for an order dismissing Plaintiff Ari Baruch Teman's ("Plaintiff") Complaint in this action pursuant to Fed. R. Civ. P. 12(b)(6), along with all other relief that the Court deems necessary and proper.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Court's order at ECF 42, Plaintiff shall file any opposition to this motion on or before August 14, 2026, and Defendant Danaher Lagnese, P.C. shall file any reply in further support of this motion on or before August 28, 2026.

**PLEASE TAKE FURTHER NOTICE** that oral argument will be held on a date and time to be designated by the Court.

Dated: New York, New York
       July 17, 2026

Respectfully Submitted,

**FURMAN KORNFELD & BRENNAN LLP**

By: _____

Spencer A. Richards, Esq. (SAR7177)
*Attorneys for Defendant*
DANAHER LAGNESE, P.C.
88 Pine Street, 32nd Floor
New York, NY 10005
T:      (212) 867-4100
F:      (212) 867-4118
Email: srichards@fkblaw.com

2