D.N. FST-CV-14-6022274-S

SILVER HILL HOSPITAL, INC.

v.

ARI TEMAN

SUPERIOR COURT

J.D. OF STAMFORD

AT STAMFORD

APRIL 25, 2017

**PLAINTIFF, SILVER HILL HOSPITAL'S REPLY TO
DEFENDANT'S FIFTH AMENDED COUNTERCLAIMS**

Pursuant to Practice Book § 10-56, the Plaintiff, Silver Hill Hospital, Inc.,

hereby replies to Defendant, Ari Teman's Fifth Amended Counterclaims as follows:

**ANSWER TO SPECIAL DEFENSES**

2.     Paragraph 2 is denied.

3.     Paragraph 3 is denied.

4.     Paragraph 4 is denied.

**ANSWER TO DEFENDANT'S COUNTERCLAIMS**

1.     So much of Paragraph 1 as alleged "On or about June 4, 2012,

Defendant presented to Silver Hill" is admitted. As to the remaining allegations in

Paragraph 1, the Plaintiff neither admits nor denies the allegations, but leaves the

Defendant to his proof.

2.     The Plaintiff lacks sufficient knowledge or information to respond to

the allegations in Paragraphs 2, 3, 4, 5, and 6 therefore leaves the Defendant to his

proof.

7.      The Plaintiff neither admits nor denies the allegations in Paragraph 7, but leaves the Defendant to his proof.

8.      The Plaintiff lacks sufficient knowledge or information to respond to the allegations in Paragraph 8, and therefore, leaves the Defendant to his proof.

9-10.   The Plaintiff neither admits nor denies the allegations in Paragraphs 9 and 10, but leaves the Defendant to his proof.

11.     The Plaintiff does not respond to Paragraph 11 as it has been withdrawn.

12.      Paragraph 12 is denied.

13.      Paragraph 13 is admitted.

14.     Paragraph 14 is denied.

15.     Paragraph 15 is denied.

16.     Paragraph 16 is admitted.

17.     (withdrawn)

18.     (withdrawn)

19.     (withdrawn)

20.     (withdrawn)

21.     (withdrawn)

22.     (withdrawn)

23.     (withdrawn)

24.      (withdrawn)

25.     (withdrawn)

DANAHERLAGNESE, PC • 21 OAK STREET, HARTFORD, CT 06106 • (860) 247-3666

26. (withdrawn)

27. Paragraph 27 is denied.

28. (withdrawn)

29. Paragraph 29 is denied.

30. Paragraph 30 is denied.

31. Paragraph 31 is denied.

32. (withdrawn)


## AS AND FOR A FIRST COUNTERCLAIM

## (NEGLIGENCE)

33. (withdrawn)

34. (withdrawn)

35. (withdrawn)

36. (withdrawn)

37. (withdrawn)

38. (withdrawn)

39. (withdrawn)

40. (withdrawn)

41. (withdrawn)

3

## AS AND FOR A SECOND COUNTERCLAIM

## (ASSAULT AND BATTERY)

42.    The Plaintiff reiterates, reasserts and realleges its responses to Paragraphs 1 through 41 of the Counterclaim as its responses to paragraph 42 as if more fully set forth herein.

43.    Paragraph 43 is denied.

44.    Paragraph 44 is denied.

45.    Paragraph 45 is denied.

## AS AND FOR A THIRD COUNTERCLAIM

## (FALSE IMPRISONMENT)

46.    (withdrawn)

47.    (withdrawn)

48.    (withdrawn)

49.    (withdrawn)

50.    (withdrawn)

51.    (withdrawn)

52.    (withdrawn)

53.    (withdrawn)

54.    (withdrawn)

55.    (withdrawn)

DANAHERLAGNESE, PC • 21 OAK STREET, HARTFORD, CT 06106 • (860) 247-3666

## AS AND FOR A FOURTH COUNTERCLAIM

### (FRAUD)

56.    (withdrawn)

57.    (withdrawn)

58.    (withdrawn)

59.    (withdrawn)

60.    (withdrawn)

61.    (withdrawn)

62.    (withdrawn)

63.    (withdrawn)

64.    (withdrawn)

65.    (withdrawn)

66.    (withdrawn)

67.    (withdrawn)

## AS AND FOR A FIFTH COUNTERCLAIM

### (NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS)

68.    (withdrawn)

69.    (withdrawn)

70.    (withdrawn)

71.    (withdrawn)

72.    (withdrawn)

5

PLAINTIFF/COUNTERCLAIM
DEFENDANT
SILVER HILL HOSPITAL


By: */s/ Ilyssa H. Kelson*
    Ilyssa H. Kelson (Juris No. 422078)
    DANAHERLAGNESE, PC
    *Its Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2017, a copy of the above was mailed and/or

e-mailed to the following counsel and pro se parties of record:

Mark Sank & Associates LLC
666 Glenbrook Road
Stamford, CT  06906
Attorney for Plaintiff, Silver Hill Hospital, Inc.

Jason Preuher, Esq.
Zeldes, Needle & Cooper, P.C.
P. O. Box 1740
Bridgeport, CT  06601
Attorney for Defendant-Counterclaim Plaintiff, Ari Teman


/s/
Ilyssa H. Kelson, Esq.

6