## SETTLEMENT AGREEMENT, MUTUAL RELEASE AND CONFIDENTIALITY, NON-DISCLOSURE, NON-DISPARAGEMENT AGREEMENT

This settlement agreement, mutual release, confidentiality, non-disclosure and non-disparagement agreement is entered into this 11th day of October, 2017, by and between **ARI TEMAN** ("Teman" or "Releasor" herein) **and SILVER HILL HOSPITAL, INC.** ("Silver Hill" herein).

In lieu of the expense and time involved in litigation, the parties have agreed to the resolution, compromise, and settlement of all disputes, claims, and controversies among them as provided herein.

### 1.    RELEASE

FOR AND IN CONSIDERATION OF payment to me in the sum of **FORTY THOUSAND AND 00/100 DOLLARS ($40,000.00)**, plus other good and valuable consideration, I, **ARI TEMAN** ("Releasor"), being of lawful age, has released and discharged, and by these present does for himself, his heirs, executors, administrators and assigns, release, acquit and forever discharge **SILVER HILL HOSPITAL, INC., BEAZLEY PLC, DANAHERLAGNESE, P.C. and MARK SANK & ASSOCIATES, LLC** their heirs, administrators, executors, successors, assigns, attorneys, agents, servants, insurers, affiliates, directors, officers, executives, and employees ("Releasees") from any and all actions, causes of action, claims, demands for damages, costs, loss of services, expenses, compensation, consequential damage or any other thing whatsoever on account of, or in any way growing out of, any and all known and unknown injuries,  damages, or claims

1170809

resulting or arising out of, or in any way connected with (1) the matter of **Silver Hill Hospital, Inc. v. Teman** bearing **Docket No. FST-CV-14-6022274-S,** which was pending in the Judicial District of Stamford-Norwalk at Stamford, (2) the action styled as **Ari Teman v. Silver Hill Hospital, Dr. Irwin Gelman, Danaher Lagnese, P.C., Illysa H. Kelson, Mark A. Sank, Mark Sank & Associates, Beazley PLC, Andrew Horton, Martin McBride, Adrian Cox, Doe 1, Doe 2, Doe 3, etc.** which was allegedly filed in the Superior Court of Connecticut, in and for Fairfield County (Stamford/Norwalk Judicial District) and (3) any other alleged or threatened claim against the Releasees that were known, or should have reasonably been known yet unasserted in a formal action relating to any matters referred to in any communication on July 17, 2017 and between October 6, 2017 and October 10, 2017 by Releasor with Releasees (hereinafter "Teman's Released Claims").

Silver Hill Hospital as Releasee hereby releases, discharges, and extinguishes the claim of debt by Teman as claimed by Silver Hill Hospital, Inc., in the matter of **Silver Hill Hospital, Inc. v. Teman** bearing **Docket No. FST-CV-14-6022274-S,** which was pending in the Judicial District of Stamford-Norwalk at Stamford (hereinafter "Silver Hill's Released Claims").

Teman hereby acknowledges and assumes all risk, chance or hazard that the said injuries or damages may be or become permanent, progressive, greater, or more extensive than is now known, anticipated or expected. No promise or inducement which is not herein expressed has been made to Teman, and in

- 2 -

#1194944

executing this release he does not rely upon any statement or representation made by any person, firm or corporation, hereby released, or any agent, physician, doctor or any other person representing them or any of them, concerning the nature, extent or duration of said damages or losses or the legal liability therefor.

Teman understands that this settlement is the compromise of a disputed claim, and that this mutual agreement is not to be construed as an admission of liability on the part of the persons, firms, attorneys, and corporations hereby released by whom liability is expressly denied.

## 2.    DISMISSAL

Teman and Silver Hill further agree that they will cause the dismissal with prejudice of **Silver Hill Hospital, Inc. v. Teman** bearing **Docket No. FST-CV-14-6022274-S**.

## 3.    CONFIDENTIALITY

Releasor and Releasees (hereinafter the "Parties") understand that the confidentiality of this compromise is important to the Parties and that each side desires to avoid publicity. Therefore, in exchange for mutual promises of confidentiality, Teman and his attorneys, **Zeldes Needle and Cooper, P.C., and Attorney Jeremy Virgil,** herein further agree that the terms and conditions of this settlement are confidential in nature and therefore they agree not to reveal or publicize nor authorize or encourage the revealing or publication by others of any information with respect to this matter, except as required by law.

#1194944

This document is confidential and shall not be provided to anyone other than the Parties to this litigation, their counsel, and Silver Hill Hospital's insurer, except pursuant to a lawful subpoena or court order..

Teman and his attorneys agree that the existence, terms and conditions of this Agreement shall not be provided to anyone other than Teman's private counsel. Teman and his attorneys agree and commit themselves and their agents and other representatives to protect the confidentiality of this settlement and agree that they will not disclose any information of any nature regarding this settlement with the Releasees to the press, media, via the internet, or any other means of electronic communication and/or to The Connecticut Trial Lawyers Association.

4.    NON-DISPARAGEMENT

Parties agree to a mutual non-disparagement clause. No Party will disparage or denigrate any other with untrue or inaccurate statements by way of public speaking, all means of traditional media, including newspapers, radio and television as well as social media including, but not limited to, Facebook, Yelp and Google as well as any internet sites whether self-created or created by third parties. Parties may make truthful statements about Parties or their Representatives, if compelled by court Order, Legal Proceeding, or otherwise required by Law, without violating the non-disparagement requirements under this paragraph.

Should a final, nonappealable order by a court of competent jurisdiction find that Teman breached the above non-disclosure and non-disparagement agreement, he agrees to

- 4 -

#1194944

return to Silver Hill all monies paid in consideration for this agreement and to be subject to civil penalties according to law.

## 5.     HOLD HARMLESS AND INDEMNIFICATION AGREEMENT

Releasor agrees to defend, indemnify and hold harmless Releasees from any and all against any and all liens, claims or actions, known and/or unknown, that may be asserted in regard to the captioned lawsuit, including, but not limited to third-party liens, claims and subrogation rights known or unknown, medical or otherwise, asserted against this claim or arising.  This settlement is subject to and conditioned upon the satisfaction by Releasor of any and all liens, including, but not limited to Medicaid/Medicare and/or ERISA liens, private health insurance payments and reimbursements, and Workers' Compensation liens.  Releasor acknowledges that is said lien(s) are pending, any and all said liens will be satisfied out of the settlement proceeds obtained from Releasees in this matter and will be paid by Releasor to the lien holder(s) in full satisfaction of said lien(s) out of the settlement proceeds obtained from Releasees.

## 6.     ATTORNEYS' FEES

Each party shall bear all attorneys' fees, costs and expenses arising from, or incurred in connection with, Teman's Released Claims, Silver Hill's Released Claims, their own counsel as a result of the prosecution or defense of Teman's Released Claims and Silver Hill's Released Claims, and the preparation and execution of this Settlement Agreement and Release.

- 5 -

#1194944

## 7.    ENTIRE AGREEMENT

This release contains the ENTIRE AGREEMENT between the Parties hereto, and the terms of this release are contractual and not a mere recital.

## 8.    ADDITIONAL DOCUMENTS

All Parties agree to cooperate fully and execute any and all supplementary documents and to take all additional actions which may be necessary or appropriate to give full force and effect to the terms, conditions and intent of this Settlement Agreement and Release.

## 9.    IDENTICAL COUNTERPARTS AND COPIES

It is understood and agreed that this Settlement Agreement and Release may be executed in a number of identical counterparts, each of which shall be deemed an original for all purposes.  It is further understood and agreed that any copy of the executed Settlement Agreement and Release may be considered as effective for any purpose as if it were the original.

## 10.    SEVERABILITY

If any term, condition, clause, or provision of this Settlement Agreement and Release shall be determined by a court of competent jurisdiction to be void or invalid at law, or for any other reason, then only that term, condition, clause or provision as is determined to be void or invalid shall be stricken, and this Agreement shall remain in full force and effect in all other respects.

#1194944

## 11.  REVIEW AND UNDERSTANDING

Teman further states that he has carefully read the foregoing release and know the contents thereof, and sign the same as my own free act.

#1194944

ALL PARTIES HEREBY ACKNOWLEDGE AND AGREE THAT THIS SETTLEMENT AGREEMENT AND RELEASE SETS FORTH THE ENTIRE AGREEMENT BETWEEN THE PARTIES; THAT THEY HAVE READ THIS SETTLEMENT AGREEMENT AND RELEASE IN ITS ENTIRETY PRIOR TO EXECUTING IT; THAT THEY HAVE CONFERRED WITH THEIR OWN ATTORNEYS CONCERNING THE MEANING AND EFFECT OF THIS SETTLEMENT AGREEMENT AND RELEASE; AND THAT THE TERMS AND CONDITIONS OF THIS SETTLEMENT AGREEMENT AND RELEASE ARE FULLY UNDERSTOOD AND ACCEPTED; AND THAT BY SIGNING THIS SETTLEMENT AGREEMENT AND RELEASE THEY HAVE RELEASED SPECIFIC RIGHTS.

Signed at _Stamford_ this _11th_ day of _OCTOBER_, 2017.

**ARI TEMAN**
By:

STATE OF CONNECTICUT    )

                        )   ss: _Stamford_

COUNTY OF _Fairfield_   )

Personally appeared, Signer and Sealer of the foregoing Release, and acknowledged the same to be their free act and deed before me.

_____
Commissioner of the Superior Court
or
~~Notary Public~~
~~My Commission Expires~~

- 8 -

#1194944

**SILVER HILL HOSPITAL, INC.**

By:

_Lisa Benton Director Risk Management_

STATE OF CONNECTICUT    )

)    ss: _Stamford_

COUNTY OF _FAIRFIELD_    )

Personally appeared, Signer and Sealer of the foregoing Release, and acknowledged the same to be their free act and deed before me.

_____
Commissioner of the Superior Court
or
Notary Public
My Commission Expires: _____

#1194944