UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ARI BARUCH TEMAN,

                    Plaintiff,

        - against -

MEDPRO GROUP INC., ATTORNEY PROTECTIVE,
SCOTT PATRICK, LEWIS BRISBOIS BISGAARD &
SMITH LLP, CRISTINA YANNUCCI, SAM COHEN,
ZELDES NEEDLE COOPER LLP, ROBERT S.
COOPER, MAXIMINO MEDINA, JEREMY VIRGIL,
DANAHER LAGNESE, P.C., and SILVER HILL
HOSPITAL, INC.,

                    Defendants.

-------------------------------------------------------------------X

Civil Case No.: 1:26-cv-03517

Hon. Lewis J. Liman, D.J.

**NOTICE OF MOTION**

       **PLEASE TAKE NOTICE** that Defendants LEWIS BRISBOIS BISGAARD & SMITH

LLP ("LBBS"), CRISTINA YANNUCCI ("Yannucci"), SAM COHEN ("Cohen") (with LBBS,

Yannucci, and Cohen collectively referred to as "LBBS Defendants"), ZELDES, NEEDLE &

COOPER, P.C. i/s/h/a ZELDES NEELDE COOPER LLP ("ZNC"), ROBERT S. COOPER

("Cooper"), MAXIMINO MEDINA ("Medina"), and JERMEY VIRIGL ("Virgil") (with ZNC,

Cooper, Medina, and Virgil collectively referred to as "ZNC Defendants," with the LBBS

Defendants and ZNC Defendants collectively referred to as "Law Firm Defendants"), move this

Court for and Order (a) dismissing Plaintiff ARI BARUCH TEMAN's ("Plaintiff") Complaint in

its entirety against Law Firm Defendants pursuant to Fed R. Civ. P. 12(b)(6) and 9(b) and the prior

action pending doctrine; or, in the alternative, (b) dismissing Plaintiff's Complaint pursuant to the

fugitive disentitlement doctrine; and (c) granting such other and further relief as this Court deems

just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's July 10, 2026 Order, Plaintiff's deadline to file any opposition to this motion is August 14, 2026, and Defendants' deadline to file any reply in further support of this motion is August 28, 2026. (ECF Doc. No. 44).

Dated: New York, New York
       July 17, 2027

                          Respectfully submitted,

                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

              By:    /s/ Cristina Yannucci, Esq.
                     Cristina Yannucci, Esq.
                     Sam A. Cohen, Esq.
                     *Attorneys for Defendants*
                     *LEWIS BRISBOIS BISGAARD & SMITH LLP,*
                     *CRISTINA YANNUCCI, SAM COHEN,*
                     *ZELDES, NEEDLE & COOPER, P.C.*
                     *i/s/h/a ZELDES NEEDLER COOPER LLP,*
                     *ROBERT S. COOPER, MAXIMINO MEDINA,*
                     *and JEREMY VIRGIL*
                     140 Broadway, Suite 3100
                     New York, New York 10005
                     Phone: (212) 232-1412
                     Email: cristina.yannucci@lewisbrisbois.com
                     Phone: (646) 989-9430
                     Email: sam.cohen@lewisbrisbois.com

To:    All parties and counsel of record via ECF