UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
ARI BARUCH TEMAN,

                          Plaintiff,

        - against -

MEDPRO GROUP INC., ATTORNEY PROTECTIVE,
SCOTT PATRICK, LEWIS BRISBOIS BISGAARD &
SMITH LLP, CRISTINA YANNUCCI, SAM COHEN,
ZELDES NEEDLE COOPER LLP, ROBERT S.
COOPER, MAXIMINO MEDINA, JEREMY VIRGIL,
DANAHER LAGNESE, P.C., and SILVER HILL
HOSPITAL, INC.,

                          Defendants.
--------------------------------------------------------------------X

Case No.: 1:26-cv-03517-LJL

Hon. Lewis J. Liman, D.J.

### DECLARATION OF CRISTINA YANNUCCI, ESQ.
### SUBMITTED IN SUPPORT OF LBBS AND ZNC DEFENDANTS'
### MOTION TO DISMISS THE COMPLAINT

I, **CRISTINA YANNUCCI, ESQ.**, pursuant to 28 U.S.C. 1746, declare the following under the penalties of perjury:

1.     I am a member of the law firm Lewis Brisbois Bisgaard & Smith, LLP. Defendants LEWIS BRISBOIS BISGAARD & SMITH LLP ("LBBS"), CRISTINA YANNUCCI ("Yannucci"), SAM COHEN ("Cohen") (with LBBS, Yannucci, and Cohen collectively referred to as "LBBS Defendants") are proceeding in this matter *pro se*. LBBS Defendants also represent ZELDES, NEEDLE & COOPER, P.C. i/s/h/a ZELDES NEELDE COOPER LLP ("ZNC"), ROBERT S. COOPER ("Cooper"), MAXIMINO MEDINA ("Medina"), and JERMEY VIRIGL ("Virgil") (with ZNC, Cooper, Medina, and Virgil collectively referred to as "ZNC Defendants," and with LBBS Defendants, collectively "Law Firm Defendants") in this above-captioned matter.

2.     I am an attorney admitted to practice before this Honorable Court.

3.      I submit this Declaration, the exhibits annexed hereto, along with the accompanying Memorandum of Law, dated July 17, 2026, in support of Defendants' motion seeking an Order: (a) dismissing Plaintiff ARI BARUCH TEMAN's ("Plaintiff") Complaint in its entirety against Law Firm Defendants pursuant to Fed R. Civ. P. 12(b)(6) and 9(b) and the prior action pending doctrine; or, in the alternative, (b) dismissing Plaintiff's Complaint pursuant to the fugitive disentitlement doctrine; and (c) granting such other and further relief as this Court deems just and proper.

4.      The documents annexed hereto as exhibits were either referenced by Plaintiff's Complaint, are integral to the allegations therein, or are documents of which this Court make take judicial notice of pursuant to Fed. R. Civ. P. 201(b)(2):

**Exhibit A**:    Plaintiff's Complaint dated and filed April 27, 2026 (ECF No. 1).

**Exhibit B**:    A February 16, 2026 email from LBBS Defendants to Plaintiff providing ZNC's applicable insurance policy declaration during litigation in *Ari Baruch Teman v. Zeldes Needle Cooper LLP and Jeremy Virgil*, 1:24-cv-09830-LJL ("Related Action")

**Exhibit C**:    A February 25, 2026 email from LBBS Defendants to Plaintiff providing ZNC's applicable insurance policy during litigation in the Related Action

**Exhibit D**:    A July 8, 2026 email from LBBS Defendants to Plaintiff providing the files maintained in the regular course of business by ZNC as part of its legal representation of Plaintiff

**Exhibit E**:    April 22, 2026 and April 23, 2026 emails exchanged between Plaintiff, LBBS Defendants, and Insurer Defendants concerning Plaintiff's request for ZNC's files

**Exhibit F**:    Plaintiff's May 4, 2015 written retainer agreement with ZNC.

**Exhibit G**:    Documents regarding *Dr. Sandip Buch v. Ari Teman*, New York County Supreme Court, Index No. 157336/2018

**Exhibit H**:    Documents regarding *United States of America v. Ari Teman*, United States District Court, Southern District of New York, 1:19-cr-00696-PAE

2

5.      I declare under the penalties of perjury under the laws of New York, which may include fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a Court of law.

Dated:  New York, New York
        July 17, 2027

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:     /s/ Cristina Yannucci, Esq.
        Cristina Yannucci, Esq.
        *Attorneys for Defendants*
        *LEWIS BRISBOIS BISGAARD & SMITH LLP,*
        *CRISTINA YANNUCCI, SAM COHEN,*
        *ZELDES, NEEDLE & COOPER, P.C.*
        *i/s/h/a ZELDES NEEDLER COOPER LLP,*
        *ROBERT S. COOPER, MAXIMINO MEDINA,*
        *and JEREMY VIRGIL*
        140 Broadway, Suite 3100
        New York, New York 10005
        Phone: (212) 232-1412
        Email: cristina.yannucci@lewisbrisbois.com

To:     All parties and counsel of record via ECF

3