# **<u>EXHIBIT B</u>**

| | |
|---|---|
| **From:** | Yannucci, Cristina |
| **Sent:** | Monday, February 16, 2026 10:26 AM |
| **To:** | Ari B. Teman |
| **Cc:** | Cohen, Sam |
| **Subject:** | LBBS File No. 47558-92: Insurance Disclosures Reminder - LBBS file no. 47558.92 Teman v. ZNC, et al; Insurance Disclosure |
| **Attachments:** | Teman - ZNC Insurance Declaration - Premium Redacted.pdf |

Dear Mr. Teman,

Thanks for your email! Pursuant to our February 2, 2026 email agreement, please find attached, the Declaration Page for ZNC's applicable insurance policy, redacted as to premium.

Very truly yours,
Cristina

**Cristina R. Yannucci**
**Partner | National Co-Chair, Professional Liability Practice**
New York
212.232.1412 or x2121412

**From:** Ari B. Teman <ari@teman.com>
**Sent:** Monday, February 16, 2026 10:21 AM
**To:** Yannucci, Cristina <Cristina.Yannucci@lewisbrisbois.com>
**Cc:** Cohen, Sam <Sam.Cohen@lewisbrisbois.com>
**Subject:** Re: Insurance Disclosures Reminder - LBBS file no. 47558.92 Teman v. ZNC, et al: Insurance and Response tom Complaint

> EXTERNAL

Ms. Yannucci and Mr. Cohen,

As a courtesy follow-up, today marks two weeks from your confirmation that ZNC's insurance information would be disclosed pursuant to Rule 26(a)(1)(A).

Please produce the responsive policies from the commencement of my engagement with ZNC through the present, including declarations pages and endorsements.

Thank you.

Ari Teman