# **<u>EXHIBIT C</u>**

| **From:** | Yannucci, Cristina |
| **Sent:** | Wednesday, February 25, 2026 11:53 AM |
| **To:** | Ari B. Teman |
| **Cc:** | Cohen, Sam |
| **Subject:** | LBBS File No. 47558-92: Teman v Zeldes, Virgil, Medina, et al (Claim No. 1191016) – Insurance Disclosure/Request for Withdrawal of Letter Motion |
| **Attachments:** | Teman v. ZNC - ZNC Insurance Policy - Redacted.pdf; Motion to Compell - Teman v Zeldes - 2026-02-23-A.pdf |

Good afternoon, Mr. Teman,

We are in receipt of your motion to compel attached here without exhibits. Please find attached, ZNC's applicable insurance policy, with appropriate redactions. Furthermore, please allow this email to confirm that ZNC did not maintain any other insurance policies applicable to this action.

As per our agreement, the production of the policy is pursuant to FRCP 26(a)(1)(A), which only requires the disclosure of policies that "may be liable to satisfy all or part of a possible judgment in the action." Accordingly, we will not be producing policies maintained from May 2015 to present other than the attached.

If you require a "meet and confer" on this issue, please advise as to your availability. Otherwise, please confirm that you will be withdrawing the motion to compel.

Thank you for your attention to this matter.

Very truly yours,

Cristina