# **EXHIBIT D**

| **From:** | Cohen, Sam |
| --- | --- |
| **Sent:** | Wednesday, July 8, 2026 5:37 PM |
| **To:** | ari@teman.com |
| **Cc:** | Yannucci, Cristina |
| **Subject:** | Teman v. Zeldes Needle Cooper LLP, No. 1:24-cv-09830; Teman v. MedPro, et al, Case No. 1:26-cv-03517 – ZNC Client File |

Hello, Mr. Teman,

Please find the download links for files maintained in the regular course of business by ZNC for its legal representation of you in the PATH/Braverman and Silver Hill litigations:

- Link to PDF Documents: GlobalLink | Share
- Link to Native Files: GlobalLink | Share

As previously indicated, we have produced such files both as native documents and as PDF documents Bates numbered ZNC000001 – ZNC094011, with limited redactions being applied to documents referencing ZNC's other legal clients. These documents are contained within password protected zip files, and a password will be provided in a following email.

Best Regards,

Sam Cohen

**Sam Cohen**
**Partner**
New York
646.989.9430 or x2129430