# EXHIBIT E

| **From:** | Yannucci, Cristina |
| **Sent:** | Thursday, April 23, 2026 11:32 AM |
| **To:** | Ari B. Teman |
| **Cc:** | Patrick, Scott; cs@attorneyprotective.com; tkenesey@medpro.com; legalcompliance@medpro.com; corporateregulatory@medpro.com; northamerica.privacy.compliance@bhspecialty.com; Jeremy Virgil; rcooper@znclaw.com; ksouza@znclaw.com; jprueher@gouldinjurylaw.com; experts@medpro.com; hcpservice@medpro.com; crmteam@medpro.com |
| **Subject:** | Re: Notice of Ongoing Malpractice Exposure and Opportunity to Resolve – Zeldes Needle Cooper LLP |
| **Attachments:** | Teman - Discovery Order (4.21.26).pdf |
| **Importance:** | High |

Mr. Teman,
Please accept this response on behalf of our clients Zeldes Needle Cooper, LLP and Jeremy Virgil.

As acknowledged by your below correspondence, your below and related demands for "files" was subject to our motion for a protective order in the matter styled *Teman v. ZNC, et al.* Since the Court issued the order resolved our motion less than 48 hours ago, your arbitrary deadline for production of your "files" by 12 p.m. today is neither reasonable nor practical. Furthermore, to the extent the demand applies to the Underlying Action (Braverman/PATH), the response is governed and proscribed by the Court's ruling.

As pertains to the "files" other than those addressed by the Court's Order, please identify the "files" you seek, as well as instructions for the production – paper or electronic. In response, ZNC will assess the cost of such production and provide you with an estimate and thereafter an invoice for same, payment of which will be required in accordance with *Sage Realty Corp. v. Proskauer Rose Goetz & Mendelsohn LLP*, 689 N.E.2d 879, 881 (N.Y. 1997) ("unless a law firm has already been paid for assemblage and delivery of documents to the client, performing that function is properly chargeable to the client under customary fee schedules of the firm, or pursuant to the terms of any governing retainer agreement").

Very truly yours,
Cristina



**Cristina R. Yannucci**
**Partner | National Co-Chair, Professional Liability Practice**
**Cristina.Yannucci@lewisbrisbois.com**

**T: 212.232.1412 F: 212.232.1399**

7 World Trade Center
250 Greenwich Street, 11th Floor, New York, NY 10007 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Ari B. Teman <ari@teman.com>
**Sent:** Wednesday, April 22, 2026 12:57 AM
**To:** Patrick, Scott <scott.patrick@attorneyprotective.com>; cs@attorneyprotective.com; tkenesey@medpro.com; legalcompliance@medpro.com; corporateregulatory@medpro.com; northamerica.privacy.compliance@bhspecialty.com
**Cc:** Yannucci, Cristina <Cristina.Yannucci@lewisbrisbois.com>; Cohen, Sam <Sam.Cohen@lewisbrisbois.com>; Jeremy Virgil <jvirgil@znclaw.com>; rcooper@znclaw.com; ksouza@znclaw.com; jprueher@gouldinjurylaw.com; experts@medpro.com; hcpservice@medpro.com; crmteam@medpro.com
**Subject:** Notice of Ongoing Malpractice Exposure and Opportunity to Resolve – Zeldes Needle Cooper LLP

EXTERNAL

Scott, Tim, Attorney Protective, MedPro, and Berkshire Hathaway,

I write to place the carrier and its related entities on formal notice of ongoing and expanding malpractice exposure arising from the conduct of your insured, Zeldes Needle Cooper LLP, including partner Jeremy Virgil and others, across multiple matters, including but not limited to Silver Hill, Braverman/PATH, Buch, and related proceedings.

As you are aware, Judge Lewis J. Liman has clarified that the client file is the property of the client and must be produced. Despite repeated requests over several weeks, Zeldes and its counsel continue to withhold the complete client file.

This is not a historical issue—it is ongoing conduct. Each day the file is withheld:

- Prejudices my ability to litigate and assess claims;
- Increases damages;
- Creates additional exposure across policy periods, including 2026;
- Raises serious concerns regarding concealment of malpractice and underlying misconduct in the Silver Hill matter.

**Your ongoing and continued direction and funding of this conduct after judicial clarification of my entitlement to the file raises serious questions regarding your role in facilitating an ongoing wrongful withholding of client property.**

**You are now part of the problem, not just the payor.**

This extended and continuing *illegal* refusal to produce the file -- theft of my property -- will be treated as separate and ongoing breach and conversion claims, among others, and will be incorporated into an

2

amended pleading, including all resulting damages and claims supported by the full scope of misconduct.

To the extent this conduct reflects a broader practice in claims handling or defense coordination, it raises the prospect of exposure beyond a single insured or matter. I am actively evaluating these issues with counsel.

I have made a settlement proposal that reflects a substantial discount to the damages caused. That opportunity remains open for a limited time.

If this matter is not resolved by Thursday at 12:00 PM (New York time), I will proceed accordingly, including amending the complaint to reflect the ongoing conduct and full extent of damages, and initiating additional actions in state and federal court as appropriate.

**Please confirm that the appropriate claims professionals have been notified, whether any reservation of rights has been issued, and that the carrier is actively evaluating resolution.**

I remain available to discuss prompt and efficient resolution.

Sincerely,
Ari Teman

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.