UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ARI BARUCH TEMAN,

Plaintiff,

-against-

MEDPRO GROUP INC.; ATTORNEY PROTECTIVE; SCOTT PATRICK; LEWIS BRISBOIS BISGAARD & SMITH LLP; CRISTINA YANNUCCI; SAM COHEN; ZELDES NEEDLE COOPER LLP; ROBERT S. COOPER; MAXIMINO MEDINA; JEREMY VIRGIL; DANAGER LAGNESE, P.C.; SILVER HILL HOSPITAL, INC.,

Defendants.

------------------------------------------------------------------X

Docket No.:
1:26-cv-03517-LJL

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT BY DEFENDANTS MEDPRO GROUP INC., SOMERSET SERVICES LLC d/b/a ATTORNEY PROTECTIVE, AND SCOTT PATRICK**

**PLEASE TAKE NOTICE** that Defendants MedPro Group Inc. (“MedPro”), Somerset Services LLC d/b/a Attorney Protective i/s/h/a Attorney Protective (“Attorney Protective”), and Scott Patrick (“Patrick”) (collectively the “MedPro Defendants”) by their counsel Rivkin Radler LLP, move this Court for an order dismissing Plaintiff Ari Baruch Teman’s (“Plaintiff’) First Amended Complaint in this action pursuant to Fed. R. Civ. P. 12(b)(6) and the Court’s inherent power, along with all other relief that the Court deems necessary and proper.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to this motion shall be served in accordance with the Hon Lewis J. Liman’s Individual Practice Rule 2.K.

Dated: Uniondale, New York
August 17, 2026

Respectfully submitted,

RIVKIN RADLER LLP
Attorneys for MedPro Group Inc., Somerset Services LLC d/b/a Attorney Protective i/s/h/a Attorney Protective and Scott Patrick

/s/ Max Gershenoff

Max Gershenoff
Amanda Drantch
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000

TO: All parties and counsel of record (via ECF)