**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ARI BARUCH TEMAN,

Plaintiff,

- against -

MEDPRO GROUP INC., SOMERSET SERVICES LLC d/b/a ATTORNEY PROTECTIVE; SCOTT PATRICK, ZELDES NEEDLE COOPER LLP; JEREMY VIRGIL; MAXIMINO MEDINA, JR.; ROBERT S. COOPER; JASON T. PRUEHER; THE FLOOD LAW FIRM, LLC; LEWIS BRISBOIS BISGAARD & SMITH LLP; CRISTINA YANNUCCI; SAMUEL COHEN; DANAHER LAGNESE, P.C., and SILVER HILL HOSPITAL, INC.,

Defendants.

---

**Case No.: 1:26-CV-03517-LJL**

**NOTICE OF MOTION TO DISMISS COMPLAINT BY DEFENDANT DANAHER LAGNESE, P.C.**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Declaration of Spencer A. Richards and the exhibits annexed thereto, Defendant Danaher Lagnese, P.C., by their counsel Furman Kornfeld & Brennan LLP, will hereby move this Court for an order dismissing Plaintiff Ari Baruch Teman's ("Plaintiff") Amended Complaint in this action pursuant to Fed. R. Civ. P. 12(b)(6), along with all other relief that the Court deems necessary and proper.

**PLEASE TAKE FURTHER NOTICE** that oral argument will be held on a date and time to be designated by the Court.

Dated: New York, New York
August 20, 2026

Respectfully Submitted,

**FURMAN KORNFELD & BRENNAN LLP**

By: ______________________
Spencer A. Richards, Esq. (SAR7177)
*Attorneys for Defendant*

DANAHER LAGNESE, P.C.
88 Pine Street, 32nd Floor
New York, NY 10005
T: (212) 867-4100
F: (212) 867-4118
Email: srichards@fkblaw.com