**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ARI BARUCH TEMAN,

Plaintiff,

- against -

MEDPRO GROUP INC., SOMERSET SERVICES LLC d/b/a ATTORNEY PROTECTIVE; SCOTT PATRICK, ZELDES NEEDLE COOPER LLP; JEREMY VIRGIL; MAXIMINO MEDINA, JR.; ROBERT S. COOPER; JASON T. PRUEHER; THE FLOOD LAW FIRM, LLC; LEWIS BRISBOIS BISGAARD & SMITH LLP; CRISTINA YANNUCCI; SAMUEL COHEN; DANAHER LAGNESE, P.C., and SILVER HILL HOSPITAL, INC.,

Defendants.

---

**Case No.: 1:26-CV-03517-LJL**

**DECLARATION OF SPENCER A. RICHARDS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**

**SPENCER A. RICHARDS**, declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of 18 years and I am not a party to this action. I am a Partner with the law firm of Furman, Kornfeld and Brennan, LLP., attorneys for defendant Danaher Lagnese, P.C. ("Danaher").

2. I submit this Declaration and exhibits annexed hereto in support of Defendant Danaher's Motion to Dismiss the Amended Complaint.

3. Annexed hereto as **Exhibit A** is a true and correct copy of Plaintiff's Amended Complaint filed with this Court on July 20, 2026.

4. Annexed hereto as **Exhibit B** is a true and correct copy of the April 17, 2014 Complaint filed by Mark Sank & Associates, LLC on behalf of Silver Hill Hospital in Connecticut Superior Court, District of Stamford/Norwalk.

5. Annexed hereto as **Exhibit C** is a true and correct copy of Plaintiff's Fifth Amended Answer, Special Defenses, and Counterclaims, dated March 6, 2017, in response to the April 17, 2014 Complaint.

6. Annexed hereto as **Exhibit D** is a true and correct copy of Silver Hill Hospital's response to Plaintiff's Counterclaims, filed by Danaher Lagnese, P.C., on April 25, 2017.

7. Annexed hereto as **Exhibit E** is a true and correct copy of the General Release Agreement, dated October 11, 2017.

8. Annexed hereto as **Exhibit F** is a true and correct copy of the Amended Complaint in the SDNY related action, *Teman v. Zeldes Needle Cooper LLP et al*, Case No. 1:26-cv-03517-LJL.

9. Annexed hereto as **Exhibit G** is a true and correct copy of Plaintiff's Complaint filed with this Court on April 27, 2026.

Dated: New York, New York
August 20, 2026

Respectfully Submitted,

**FURMAN KORNFELD & BRENNAN LLP**

By: ______________________
Spencer A. Richards, Esq. (SAR7177)