MARK SANK & ASSOCIATES, LLC
ATTORNEYS AT LAW
666 Glenbrook Road • Stamford, CT 06906 • Tel: (203) 967-1190 • Juris No. 421741

| | | |
|---|---|---|
| RET. DATE: JUNE 3, 2014 | : | SUPERIOR COURT |
| SILVER HILL HOSPITAL, INC. | : | J.D. OF STAMFORD/NORWALK |
| V. | : | AT STAMFORD |
| ARI TEMAN | : | APRIL 17, 2014 |

**COMPLAINT**

1. At the Defendant's request, the Plaintiff, Silver Hill Hospital, Inc., furnished medical services to the Defendant from 06/04/2012 through 06/11/2012.

2. The Plaintiff rendered bills to said Defendant for its services the reasonable value of which totaled $11,684.00.

3. Despite due demand therefore, there remains due and owing the sum of $7,480.00 which said Defendant neglects and refuses to pay.

MARK SANK & ASSOCIATES, LLC
ATTORNEYS AT LAW
666 Glenbrook Road • Stamford, CT 06906 • Tel: (203) 967-1190 • Juris No. 421741

WHEREFORE, the Plaintiff claims:

1. Monetary damages.
2. Reasonable attorney's fees and costs.
3. An order on the Defendant for reasonable weekly payments out of sums earned or to be earned.
4. Statutory pre-judgment interest pursuant to CGS §37-3a.
5. Statutory post-judgment interest pursuant to CGS §52-356d(e) and CGS §37-3a.
6. Such other and further relief as the Court may deem appropriate.
7. The amount in demand is greater than TWO THOUSAND FIVE HUNDRED AND 00/100 ($2,500.00) and less than FIFTEEN THOUSAND AND 00/100 ($15,000.00) DOLLARS.
8. The remedy sought is based upon an express or implied promise to pay a definite sum.

MARK SANK & ASSOCIATES, LLC
ATTORNEYS AT LAW
666 Glenbrook Road • Stamford, CT 06906 • Tel: (203) 967-1190 • Juris No. 421741

I, MARK A. SANK, the subscribing authority, hereby certify that I have personal knowledge as to the financial responsibility of the Plaintiff and deem it sufficient to pay the costs in this action.

Of this writ, with your doings thereon, make due service and return.

Dated at Stamford, Connecticut this 17 day of April, 2014.

By:________________________
MARK A. SANK

Please enter my appearance
for the Plaintiff:

MARK SANK & ASSOCIATES, LLC
666 Glenbrook Road
Stamford, CT 06906
Tel: (203) 967-1190
Juris # 421741