UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ARI BARUCH TEMAN,

Plaintiff,

- against -

MEDPRO GROUP INC.; SOMERSET SERVICES LLC d/b/a ATTORNEY PROTECTIVE; SCOTT PATRICK; ZELDES NEEDLE & COOPER, P.C.; JEREMY VIRGIL; MAXIMINO MEDINA, JR.; ROBERT S. COOPER; JASON T. PRUEHER; THE FLOOD LAW FIRM, LLC; LEWIS BRISBOIS BISGAARD & SMITH LLP; CRISTINA YANNUCCI; SAMUEL COHEN; DANAHER LAGNESE, P.C.; and SILVER HILL HOSPITAL, INC.,

Defendants.

---------------------------------------------------------------X

Civil Case No.: 1:26-cv-03517

Hon. Lewis J. Liman, D.J.

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Defendants LEWIS BRISBOIS BISGAARD & SMITH LLP ("LBBS"), CRISTINA YANNUCCI ("Yannucci"), SAM COHEN i/s/h/a SAMUEL COHEN ("Cohen," with LBBS and Yannucci, collectively "LBBS Defendants"), ZELDES, NEEDLE & COOPER, P.C. ("ZNC"), JERMEY VIRGIL ("Virgil"), MAXIMINO MEDINA, JR. ("Medina"), and ROBERT S. COOPER ("Cooper," with ZNC, Cooper and Medina, collectively "ZNC Defendants," and with LBBS Defendants, collectively "Law Firm Defendants"), move this Court for and Order: (a) dismissing Plaintiff ARI BARUCH TEMAN's First Amended Complaint in its entirety against Law Firm Defendants pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) and the doctrine of prior action pending; or, in the alternative, (b) dismissing Plaintiff's Complaint pursuant to the fugitive disentitlement doctrine; and (c) granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's July 22, 2026 Order, Plaintiff's deadline to file any opposition to this motion is September 17, 2026, and Law Firm Defendants' deadline to file any reply in further support of this motion is October 1, 2026. (ECF Doc. Nos. 55 and 57).

Dated: New York, New York
August 20, 2027

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Cristina Yannucci, Esq.
Cristina Yannucci, Esq.
Sam A. Cohen, Esq.
*Attorneys for Defendants*
*LEWIS BRISBOIS BISGAARD & SMITH LLP, CRISTINA YANNUCCI, SAM COHEN, i/s/h/a SAMUEL COHEN, ZELDES, NEEDLE & COOPER, P.C., JEREMY VIRGIL, ROBERT S. COOPER, And MAXIMINO MEDINA, JR.*
140 Broadway, Suite 3100
New York, New York 10005
Phone: (212) 232-1412
Email: cristina.yannucci@lewisbrisbois.com
Phone: (646) 989-9430
Email: sam.cohen@lewisbrisbois.com

To: All parties and counsel of record via ECF