UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARI BARUCH TEMAN,

Plaintiff,

- against -

MEDPRO GROUP INC.; SOMERSET SERVICES LLC d/b/a ATTORNEY PROTECTIVE; SCOTT PATRICK; ZELDES NEEDLE & COOPER, P.C.; JEREMY VIRGIL; MAXIMINO MEDINA, JR.; ROBERT S. COOPER; JASON T. PRUEHER; THE FLOOD LAW FIRM, LLC; LEWIS BRISBOIS BISGAARD & SMITH LLP; CRISTINA YANNUCCI; SAMUEL COHEN; DANAHER LAGNESE, P.C.; and SILVER HILL HOSPITAL, INC.,

Defendants.
-----------------------------------------------------------------X

Case No.: 1:26-cv-03517-LJL

Hon. Lewis J. Liman, D.J.

**DECLARATION OF CRISTINA YANNUCCI, ESQ.
SUBMITTED IN SUPPORT OF LAW FIRM DEFENDANTS'
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I, **CRISTINA YANNUCCI, ESQ.**, pursuant to 28 U.S.C. 1746, declare the following under the penalties of perjury:

1. I am a member of the law firm Lewis Brisbois Bisgaard & Smith, LLP. Defendants LEWIS BRISBOIS BISGAARD & SMITH LLP ("LBBS"), CRISTINA YANNUCCI ("Yannucci"), SAM COHEN i/s/h/a SAMUEL COHEN ("Cohen," with LBBS and Yannucci, collectively "LBBS Defendants") Are proceeding in this matter *pro se*. LBBS Defendants also ZELDES, NEEDLE & COOPER, P.C. ("ZNC"), JERMEY VIRGIL ("Virgil"), MAXIMINO MEDINA, JR. ("Medina"), and ROBERT S. COOPER ("Cooper," with ZNC, Cooper and Medina, collectively "ZNC Defendants," and with LBBS Defendants, collectively "Law Firm Defendants") in this above-captioned matter.

2. I am an attorney admitted to practice before this Honorable Court.

3. I submit this Declaration, the exhibits annexed hereto, along with the accompanying Memorandum of Law, dated August 20, 2026, in support of Defendants' motion seeking an Order: Order: (a) dismissing Plaintiff ARI BARUCH TEMAN's First Amended Complaint in its entirety against Law Firm Defendants pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) and the doctrine of prior action pending; or, in the alternative, (b) dismissing Plaintiff's Complaint pursuant to the fugitive disentitlement doctrine; and (c) granting such other and further relief as this Court deems just and proper.

4. The documents annexed hereto as exhibits were either referenced in Plaintiff's First Amended Complaint, are integral to the allegations asserted therein, and/or are documents of which this Court make take judicial notice of pursuant to Fed. R. Civ. P. 201(b)(2),

**Exhibit A**: Plaintiff's First Amended Complaint, dated July 21, 2026 and filed July 20, 2026 (ECF Doc. No. 51).

**Exhibit B**: A July 8, 2026 email from LBBS Defendants to Plaintiff whereby LBBS Defendants transmitted the files maintained by ZNC in the regular course of business as part of ZNC's legal representation of Plaintiff.

**Exhibit C**: A July 17, 2026 email from LBBS Defendants to Plaintiff whereby LBBS Defendants transmitting supplemental documents to Plaintiff.

**Exhibit D**: A September 2017 email chained produced by Law Firm Defendants on July 17, 2026 as ZNC097891.

**Exhibit E**: An email chain spanning April 23, 2021 through May 15, 2023 produced by Law Firm Defendants on July 17, 2026 as ZNC094707-ZNC094714.

**Exhibit F**: An October 11, 2017 email from Virgil to Danaher Lagnese, P.C. produced by Law Firm Defendants on July 17, 2026 as ZNC105276.

**Exhibit G**: An email chain spanning April 21, 2021 through August 24, 2023 produced by Law Firm Defendants on July 17, 2026 as ZN094918-ZN094929.

**Exhibit H**: A June 22, 2026 correspondence from LBBS Defendants to Plaintiff in the Related Action concerning ZNC's client file production.

**Exhibit I**: A June 23, 2026 correspondence from Plaintiff to LBBS Defendants Plaintiff in the Related Action concerning ZNC's client file production.

**Exhibit J**: A May 4, 2017 email from Plaintiff to Prueher and Virgil produced by Law Firm Defendants on July 17, 2026 as ZNC099495.

**Exhibit K**: An October 10, 2017 email from Plaintiff to Virgil produced by Law Firm Defendants on July 17, 2026 as ZNC097602.

**Exhibit L**: An October 8, 2017 email from Plaintiff to Silver Hill Hospital, its attorneys, and its staff, produced by Law Firm Defendants on July 17, 2016 as ZNC096493- ZNC096494.

**Exhibit L**: An October 8, 2017 email from Plaintiff to counsel for Silver Hill Hospital, produced by Law Firm Defendants on July 17, 2026 as ZNC096769-ZNC096770.

**Exhibit M**: An October 8, 2017 email from Plaintiff to Medina and Virgil, produced by Law Firm Defendants on July 17, 2026 as ZNC096772.

**Exhibit N**: August 18, 2016 emails between Prueher and Teman, produced by Law Firm Defendants on July 17, 2026 as ZNC100200.

**Exhibit O**: A May 4, 2015 Retainer Agreement and Fee Schedule between Plaintiff and ZNC, produced by Law Firm Defendants on July 8, 2026 as ZNC051424-ZNC051426.

**Exhibit P**: A December 8, 2017 Settlement Statement, produced by Law Firm Defendants on July 8, 2026 as ZNC079314- ZNC079314.

**Exhibit Q**: November 7, 2017 emails between Plaintiff and Virgil, produced by Law Firm Defendants on July 8, 2026 as ZNC105428- ZNC105429.

**Exhibit R**: Documents regarding *United States of America v. Ari Teman*, United States District Court, Southern District of New York, 1:19-cr-00696-PAE

5. I declare under the penalties of perjury under the laws of New York, which may include fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a Court of law.

Dated: New York, New York
August 20, 2026

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Cristina Yannucci, Esq.
Cristina Yannucci, Esq.
*Attorneys for Defendants*
*LEWIS BRISBOIS BISGAARD & SMITH LLP, CRISTINA YANNUCCI, SAM COHEN, i/s/h/a SAMUEL COHEN, ZELDES, NEEDLE & COOPER, P.C., JEREMY VIRGIL, ROBERT S. COOPER, and MAXIMINO MEDINA, JR.*
140 Broadway, Suite 3100
New York, New York 10005
Phone: (212) 232-1412
Email: cristina.yannucci@lewisbrisbois.com

To: All parties and counsel of record via ECF