# EXHIBIT C

**From:** Cohen, Sam
**Sent:** Friday, July 17, 2026 3:16 PM
**To:** ari@teman.com
**Cc:** Yannucci, Cristina
**Subject:** Teman v. Zeldes Needle Cooper LLP, No. 1:24-cv-09830; Teman v. MedPro, et al, Case No. 1:26-cv-03517 – Supplemental Document Production
**Attachments:** Teman - DEFT Priv Log.xlsx; Teman - ZNC Priv Log.xlsx

Hello, Mr. Teman,

Please find the below download link for (1) DEFTS064714 - DEFTS071146 and (2) ZNC094012 - ZNC105463:

- GlobalLink | Share

Associated privilege logs have also been attached. A password for the linked zip files will be provided in a following email.

Best Regards,

Sam Cohen

**Sam Cohen**
**Partner**
New York
646.989.9430 or x2129430