# EXHIBIT D

**From:** Jason Prueher <jprueher@thefloodlawfirm.com>
**Sent:** Fri, 22 Sep 2017 11:01:36 -0400 (EDT)
**To:** Jeremy Virgil <jvirgil@znclaw.com>
**Subject:** Teman

---

1. Shakia Whitehurst – she could testify to the forms and Ari's "falsified" signature. Ari will want you to cross her and ask how signatures are placed there when the patient is drugged up. You would need to show that it is possible that someone else signed Ari's initials – to appease Ari.
2. Elizabeth Moore – you need her to authenticate emails from David Teman. David sent emails to Moore and Sank. Since David is not at trial and it is unlikely the judge would allow Sank to testify.

Then either

- Theresa Pruna, admissions; or
- Angel Betancourt, finance; or
- Alexandra Ball, patient advocate.

I doubt any of the above will recall anything. They don't have any notes. I think it is a toss up as to who would be most effective.Maybe you would want to pick the one that would appease Ari the most. Maybe Pruna, admissions, who can testify as to the typical short day stay of pre-admissions and that Ari's stay was atypical (BUT, Silver hill will always argue that Ari was in acute care; not pre-admissions – at least that is what I think I remember).

**Jason Prueher** | Attorney
THE FLOOD LAW FIRM, LLC
190 Washington Street, Middletown, CT 06457
**p:** (860)346-2695 | **f:** (860)346-2698
jprueher@thefloodlawfirm.com

DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such, privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify The Flood Law Firm, LLC immediately by e-mail and delete the original message. For more information, visit us online at www.thefloodlawfirm.com

Begin forwarded message:

> **From:** Jeremy Virgil <jvirgil@znclaw.com>
> **Date:** September 22, 2017 at 7:18:54 AM EDT
> **To:** "Jason T. Prueher" <jprueher@znclaw.com>
> **Subject: Re: availability**
>
> Thanks. Judge Jacobs limited me to three of the "new" witnesses. For some reason I have to declare which today. Who would you pick?
>
> On Sep 22, 2017, at 5:26 AM, Jason T. Prueher <jprueher@znclaw.com> wrote:
>
>> Sent from J Prueher's iPhone.
>>
>> Begin forwarded message:
>>
>>> **From:** Kim Walker <npkwalker@gmail.com>
>>> **Date:** September 21, 2017 at 8:29:27 PM EDT
>>> **To:** "Jason T. Prueher" <jprueher@znclaw.com>
>>> **Subject: availability**
>>>
>>> Good evening Jason,
>>>
>>> I want to check your availability to discuss [redacted]. I am pretty flexible on Monday the 25th or Tuesday morning.
>>>
>>> Thanks,
>>>
>>> Kimberly
>>>
>>> *Kimberly A. Williams, MSN, NP-C*
>>> *Nurse Practitioner Consultant*
>>> *708 705-0406*
>>> --