# EXHIBIT E

**From:** "Ari B. Teman" <ari@teman.com>
**Sent:** Mon, 15 May 2023 09:33:37 -0400 (EDT)
**To:** Jeremy Virgil <jvirgil@znclaw.com>
**Cc:** Maximino Medina <MMedina@znclaw.com>; Eden Quainton <equainton@gmail.com>; David Teman <dteman@gmail.com>
**Subject:** Re: Jeremy, what's the status on the Braverman / Path case?

---

Pursue the appeal. At this point, not doing so would be a major harm.

On Mon, May 15, 2023, 9:31 AM Jeremy Virgil <jvirgil@znclaw.com> wrote:

> Are you terminating my representation or do you want me to continue to pursue the appeal?
>
> On May 15, 2023, at 7:15 AM, Ari B. Teman <ari@teman.com> wrote:
>
> Jeremy and Maximino,
>
> It seems clear from the plain text that the defendants literally asked you to resume prosecuting this case and that you ignored multiple letters and motions and filed a cross motion past deadlines.
>
> Even were you to win on appeal, it is clear that you were given the opportunity to resume prosecuting this case and failed to do so. They literally asked you to start up again!
>
> Furthermore, while this was ongoing, you were ignoring my emails asking for status updates and ignored counsel in the Buch matter and your own opinion that it would be in my best interest to merge the cases.
>
> Everyone, but you it seems, was interested in moving forward with this case.
>
> Unless you have a clear argument as to why everyone else is wrong this looks a lot like malpractice and even fraud based on Jeremy's misrepresentations to me.
>
> Furthermore, an appeal will only delay resolution for months and possibly years.
>
> Therefore, I believe your firm and the counsel involved in this malpractice owe me the amount I would have gotten, and that further delays would only cause me further harm.
>
> That is, the maximum amounts for all defendant's insurance coverages times the maximum number of counts, plus an adjustment in my favor for the absolute bullshit job Jeremy's done and the outright lies he's been telling be based on these court rulings.
>
> It is time for you to notify your malpractice insurance company and to provide me a copy of your policies and contact information for them. As well, it is time to make an offer to settle this immediately. It should not be less than I would get if every defendant's insurance policy paid the maximum.
>
> You guys can afford to settle this this week and that's what we'll do.
>
> FOR SETTLEMENT PURPOSES ONLY.
>
> Ari
>
> On Thu, May 11, 2023, 10:18 PM Jeremy Virgil <jvirgil@znclaw.com> wrote:
>
> > This should have everything.
> >
> > ---
> >
> > **From:** Ari B. Teman <ari@teman.com>
> > **Sent:** Thursday, May 11, 2023 7:49 PM
> > **To:** Jeremy Virgil <jvirgil@znclaw.com>; Maximino Medina <MMedina@znclaw.com>
> > **Cc:** Eden Quainton <equainton@gmail.com>; David Teman <dteman@gmail.com>
> > **Subject:** Re: Jeremy, what's the status on the Braverman / Path case?
> >
> > Jeremy, where are the letters and documents referenced in that order? Please provide them by tomorrow, Friday, at 10am.
> >
> > Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
**212-203-3714 |** teman.com **|** ari@teman.com

Featured in:
**ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,**

Visit us for a demo:
**NYC: Herald Square**
**Miami: Lincoln Road**

All conversations are off-the-record. Social Media, too
Terms apply to each service. Each service is a different entity
Terms cannot be changed via email or oral agreement

On Thu, May 11, 2023 at 3:33 AM Ari B. Teman <ari@teman.com> wrote:

> Please attach the letters sent by opposing counsel which are listed on the order to which they say you failed to respond.
>
> On Wed, May 10, 2023, 9:14 PM Jeremy Virgil <jvirgil@znclaw.com> wrote:
>
>> Attached are the motions that I filed.
>>
>> ---
>>
>> **From:** Ari B. Teman <ari@teman.com>
>> **Sent:** Wednesday, May 10, 2023 12:06 PM
>> **To:** Jeremy Virgil <jvirgil@znclaw.com>
>> **Cc:** Eden Quainton <equainton@gmail.com>; David Teman <dteman@gmail.com>
>> **Subject:** Re: Jeremy, what's the status on the Braverman / Path case?
>>
>> Please provide the documents they reference. My request was and remains reasonable.
>>
>> On Wed, May 10, 2023, 8:08 AM Jeremy Virgil <jvirgil@znclaw.com> wrote:
>>
>>> That's how that decision reads. The motion the court says it's ignoring reminds the court the action is stayed and requests an order authorizing us to do the discovery at issue despite the stay. That's what the appeal is about.
>>>
>>> On May 10, 2023, at 3:01 AM, Ari B. Teman <ari@teman.com> wrote:
>>>
>>> Hi Jeremy,
>>>
>>> Please respond in detail to their allegations because if they are true it seems your firm didn't move to prosecute this case as you'd represented to me. Please provide all documents they referenced in that order and any documents you submitted which counter this.
>>>
>>> My concern is that I repeatedly asked you for updates and you told me the case was stayed but never told me about these documents the opposing party filed.
>>>
>>> If their accusations are correct then obviously i need to take action against your firm, and I hope that isn't the case but you have ignored many many emails from me seeking updates and action, so by the end of tomorrow (May 11, 5pm) please put into writing and have another partner at your firm sign onto a detailed letter explaining why they are wrong and I shouldn't be

seeking a legal malpractice attorney. I will be getting additional opinions, so do your best to reassure me that you are still on my side.

If on the other hand you know you fucked up, I would encourage your firm to calculate the maximum amounts of the policies of all doctors and organizations, and to make a settlement offer to me for that amount plus a reasonable adjustment for the many delays and times you've ignored my emails. Surely it's not a good look for your firm to lose such an easy case by just ignoring letters and motions and emails for years and this may be a better and faster resolution for all of us. If you choose this route, provide the insurance policies documents to verify the amounts.

I'm sure you understand.

Thank you.

Ari

On Wed, May 10, 2023, 7:30 AM Jeremy Virgil <jvirgil@znclaw.com> wrote:

> The order is attached. The index is 805410/2014.
>
> ---
>
> **From:** Ari B. Teman <ari@teman.com>
> **Sent:** Monday, May 8, 2023 11:51 PM
> **To:** Jeremy Virgil <jvirgil@znclaw.com>; Eden Quainton <equainton@gmail.com>; David Teman <dteman@gmail.com>
> **Subject:** Re: Jeremy, what's the status on the Braverman / Path case?
>
> Can you please attach the dismissal order and the appeal? What is the docket info please?
>
> On Tue, May 9, 2023, 6:49 AM Jeremy Virgil <jvirgil@znclaw.com> wrote:
>
>> Sorry. I cannot do that. Rather than grant my request for leave from the stay to do discovery the court just dismissed the case. I have filed an appeal.
>>
>> On May 6, 2023, at 11:10 AM, Ari B. Teman <ari@teman.com> wrote:
>>
>> Jeremy,
>>
>> Please file the motion to merge the cases and please reply with a draft settlement letter to the opposing parties for the maximum amounts of their insurance policies multiplied by the maximum number of incidents by Tuesday. Thank you.
>>
>> Ari
>>
>> On Fri, Feb 3, 2023, 3:25 PM Ari B. Teman <ari@teman.com> wrote:
>>
>>> Hi Jeremy,

When you say recent, what date was it filed? What's the docket number?

Thanks

Ari

On Wed, Nov 9, 2022, 9:42 AM Jeremy Virgil <jvirgil@znclaw.com> wrote:

> The court has the motion. It's recent. It's already there for them to decide.
>
> On Nov 9, 2022, at 9:23 AM, Ari B. Teman <ari@teman.com> wrote:
>
> Hi Jeremy,
>
> Are you able and willing to request that the court rule on the motion? It has been literally YEARS.
>
> Please let me know how I can be helpful.
>
> Ari
>
> **Ari Teman | Founder | teman ™**
> We make Real Estate proactive with Artificial Intelligence
> **212-203-3714 |** teman.com | ari@teman.com
>
> Featured in:
> ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,
>
> Visit us for a demo:
> NYC: Herald Square
> Miami: Lincoln Road
>
> All conversations are off-the-record. Social Media, too
> Terms apply to each service. Each service is a different entity
> Terms cannot be changed via email or oral agreement
>
> On Sat, Nov 5, 2022 at 12:03 AM Ari B. Teman <ari@teman.com> wrote:
>
>> Please keep Eden and my father copied. Please file a letter motion to the court requesting a ruling. It has been years.
>>
>> On Fri, Nov 4, 2022, 11:09 PM Jeremy Virgil <jvirgil@znclaw.com> wrote:
>>
>>> There's a motion pending with the court where the court has to decide whether it will let this case proceed forward despite the bankruptcy/insolvency filings of one of the insurance carriers. I don't have a timeline on when/if it'll be ruled on.
>>>
>>> On Nov 4, 2022, at 8:19 AM, Ari B. Teman <ari@teman.com> wrote:
>>>
>>> Jeremy,
>>>
>>> Play update us on your next step in the Braverman case. It has been years. You should be aggressively pursuing this. Please send a draft motion requesting the judge proceed without further delays.

As well please seek updated discovery, including documents from all parties discussing me and my case.

Thank you

Ari

On Wed, Jun 15, 2022, 5:08 PM Ari B. Teman <ari@teman.com> wrote:

> Buch already admitted they have no proof it's my website, because it's not, and wasn't. They also submitted evidence that another patient called him a "quack and a fraud" who "took advantage of" them. They cannot win. It's not my site and it's not defamation.
>
> They'll lose in summary judgement.
>
> Plus it's the same question: is Buch a quack. Yes, clearly he is. He's even submitted evidence of another patient calling him that.
>
> You took the case against them because you know it's a winnable case. If we are right that it's malpractice then he's wrong that it's defamation.
>
> On Wed, Jun 15, 2022, 4:26 PM Jeremy Virgil <jvirgil@znclaw.com> wrote:
>
>> How would it work if the cases were consolidated? I think the court would force me to defend Buch's claim. During the proceedings, such as the depositions and at the trial, only one of us would be allowed to speak and act on your behalf. I'd end up having to prosecute our claims and defend Buch's claims. And a verdict, if one entered in Buch's favor, would likely offset any verdict against Buch. Practically, I'm struggling to see how that would work.
>>
>> ---
>>
>> **From:** Ari B. Teman <ari@teman.com>
>> **Sent:** Monday, June 13, 2022 12:33 PM
>> **To:** Jeremy Virgil <jvirgil@znclaw.com>
>> **Subject:** Re: Jeremy, what's the status on the Braverman / Path case?
>>
>> Hi Jeremy,
>>
>> Following up on this.
>>
>> Please let me know how I can be helpful.

Ari

**Ari Teman | Founder |** teman™
We make Real Estate proactive with Artificial Intelligence
**212-203-3714 |** teman.com **|** ari@teman.com

Featured in:
**ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,**

Visit us for a demo:
**NYC: Herald Square**
**Miami: Lincoln Road**

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Tue, May 31, 2022 at 2:53 PM Ari B. Teman <ari@teman.com> wrote:

> Hi Jeremy,
>
> Following up. This is still your case and you can please be responsive here. I agreed to bifurcate the case on your representation that it would enable you to get the insurance money, but that has not happened yet. Please motion to merge these two cases and push for settlement.
>
> Please let me know how I can be helpful.
>
> Ari
>
> **Ari Teman | Founder |** teman™
> We make Real Estate proactive with Artificial Intelligence
> **212-203-3714 |** teman.com **|** ari@teman.com
>
> Featured in:
> **ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,**
>
> Visit us for a demo:
> **NYC: Herald Square**
> **Miami: Lincoln Road**
>
> All conversations are off-the-record. Social Media, too.
> Terms apply to each service. Each service is a different entity.
> Terms cannot be changed via email or oral agreement.
>
> On Tue, May 24, 2022 at 11:15 AM Ari B. Teman <ari@teman.com> wrote:
>
> > Hi Jeremy,
> >
> > When can we discuss merging the cases. With Buch arguing to proceed (and in fact filing his own case on the same subject), he can no longer delay the matter in court. He's clearly ready to go to trial if he's filing a case. I suspect his insurance company and the others will pay something and we can settle this if we argue to merge the cases and proceed. We already agreed to only go after

the insurance money.

Please let me know how I can be helpful.

Ari

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too
Terms apply to each service. Each service is a different entity
Terms cannot be changed via email or oral agreement

On Fri, Apr 23, 2021 at 8:21 PM Jeremy Virgil <jvirgil@znclaw.com> wrote:

> The court issued a decision on the service against us. I filed an appeal of it.
>
> We had discussed at length the consolidation of both cases. It's certainly worth talking about.
>
> The criminal case is pending sentencing and appeal?
>
> > On Apr 23, 2021, at 12:20 PM, Ari B. Teman <ari@teman.com> wrote:
> >
> > Hi Jeremy,
> >
> > I hope you are well.
> >
> > Ariel (copied) is handling the Buch case. What's the status on PATH / Braverman? Given Buch is arguing to go ahead and we can motion to merge the cases, he might be arguing against his co-defendants, which could motivate their insurance company to settle.
> >
> > Please let me know how I can be helpful.
> >
> > Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
**212-203-3714** | teman.com | ari@teman.com

Featured in:
**ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,**

Visit us for a demo:
**NYC: Herald Square**
**Miami: Lincoln Road**

All conversations are off-the-record. Social Media, too
Terms apply to each service. Each service is a different entity
Terms cannot be changed via email or oral agreement