# EXHIBIT F

**From:** Jeremy Virgil <jvirgil@znclaw.com>
**Sent:** Wed, 11 Oct 2017 09:22:51 -0400 (EDT)
**To:** "Hagerty,Sally" <sohagerty@danaherlagnese.com>; "Kelson,Ilyssa"<ikelson@danaherlagnese.com>; "Danaher, Neil" <ndanaher@danaherlagnese.com>
**Subject:** Release
**Attachments:** Teman Settlement Document FINAL 10.11.17.docx

---

Attached is the latest version of the release.

Jeremy C. Virgil
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd
P.O. Box 1740
Bridgeport CT 06601-1740
t(203) 333-9441
f(203) 333-1489
This communication may contain information that is CONFIDENTIAL and/or subject to the ATTORNEY-CLIENT PRIVILEGE. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, please be advised that any use, distribution, or copying of this communication is prohibited. If you have received this communication in error, please notify the sender immediately. Thank you.