# EXHIBIT J

**From:** Ari Teman <ari@friendorfraud.com>
**Sent:** Thu, 4 May 2017 14:01:15 -0400 (EDT)
**Cc:** "Jason T. Prueher" <jprueher@znclaw.com>; Jeremy Virgil<jvirgil@znclaw.com>
**Subject:** Re: Silver Hill Hospital

$250,000 pain and suffering.

Attorneys fees (not included in the above).

Payment for PTSD therapy a long as needed. Payments made directly to practitioner for the month on advance.

Confidentiality as to the terms of our settlement (the above points), but not the existence of the lawsuit or anything I've already published or stated.

Mutual full indemnification for any and all other claims.

I will also agree not to discuss Beazley.

I will agree not to file the abuse of process complaint and summons I have ready to file. (My attorneys can confirm, and your executives are named.)

Believe me, They're getting a huge bargain.

3pm is 1:08 away. This is an easy yes.

Ari

On May 4, 2017 1:44 PM, "Response" <Response@beazley.com> wrote:

> Dear Mr Teman
>
> We received your communications.
>
> We are willing to engage in a discussion, but as you are represented by counsel, we are required to speak with you through your attorney, who we have cc'd here. Over the last 24 hours our Insured's defense counsel has been in contact with your attorney , but we understand that they are awaiting a response.
>
> Yours sincerely
>
> Beazley Response