# EXHIBIT K

**From:** Ari Teman <ari@teman.com>
**Sent:** Tue, 10 Oct 2017 21:21:02 -0400 (EDT)
**To:** Jeremy Virgil <jvirgil@znclaw.com>
**Subject:** Release

---

Silver Hill Hospital agrees to pay Ari Teman $40,000 USD, for pain and suffering, without an admission of wrongdoing.

Silver Hill Hospital agrees Mr. Teman does not owe and has not paid Silver Hill Hospital anything.

Mr. Teman will amend his complaint from assault and battery to unlawful detention per Silver Hill Hospital's request for the purpose of settlement.

Silver Hill Hospital and its counsel acknowledges and agrees that at no point did Mr. Teman ever make threats of violence or commit acts of violence.

**Mutual Release**
Both parties release each other from the claims in this case. This does not release any party from any other matter not included in this case.

**Confidentiality**
Both parties will keep the terms of this settlement confidential and not discuss the other party, unless compelled to by a court or government agency. In the event the parties are questioned about d settlement amounts they agree to only issue the statement, "Silver Hill Hospital paid Mr. Teman a fair sum. Mr. Teman did not pay and does not owe any monies to Silver Hill."

Matters which are already known to the world are public and not covered under the confidentiality clause.

**Mark Sank**
Silver Hill Hospital will cease using the services of Mark Sank.