# EXHIBIT L

**From:** Ari Teman <ari@teman.com>
**Sent:** Sun, 8 Oct 2017 11:45:46 -0400 (EDT)
**To:** Andrew Horton <andrew.horton@beazley.com>; "Rendon, Carole S." <crendon@bakerlaw.com>; ikelson@danaherlagnese.com; martin.bride@beazley.com; adrian.cox@beazley.com; hfnelson@danaherlagnese.com; ndanaher@danaherlagnese.com; jlagnese@danaherlagnese.com; Sig Ackerman <sackerman@silverhillhospital.org>; ecollins@silverhillhospital.org; jsantopietro@silverhillhospital.org; igelman@silverhillhospital.org; ddevincenzo@silverhillhospital.org; ddolan@silverhillhospital.org; jaceycek@silverhillhospital.org; calbertson@silverhillhospital.org; aalbrecht@silverhillhospital.org; ealliger@silverhillhospital.org; palvich@silverhillhospital.org; sbenti@silverhillhospital.org; lbenton@silverhillhospital.org; bbloom@silverhillhospital.org; mbrennan@silverhillhospital.org; ebrezovsky@silverhillhospital.org; fbuono@silverhillhospital.org
**Cc:** Jeremy Virgil <jvirgil@znclaw.com>; Toby Cohen <t.cohen@hohlaw.com>; mcerbone@silverhillhospital.org; ccutter@silverhillhospital.org; mdeardoff@silverhillhospital.org; jdouglas@silverhillhospital.org; sgiordano@silverhillhospital.org; lgoldenberg@silverhillhospital.org; ngreene@silverhillhospital.org; mgriepp@silverhillhospital.org; cgrobe@silverhillhospital.org; khagan@silverhillhospital.org; mhandler@silverhillhospital.org; dharmon@silverhillhospital.org; rhudson@silverhillhospital.org; jisdaner@silverhillhospital.org; pjones@silverhillhospital.org; rjuliana@silverhillhospital.org; dkearns@silverhillhospital.org; jkeyes@silverhillhospital.org; akissilenko@silverhillhospital.org; ekleifield@silverhillhospital.org; skowalchuk@silverhillhospital.org; hleatherman@silverhillhospital.org; mlinnen@silverhillhospital.org; rluna@silverhillhospital.org; emacero@silverhillhospital.org; rmarotta@silverhillhospital.org; tmasella@silverhillhospital.org; cmcdonald@silverhillhospital.org; kmclean@silverhillhospital.org; jmeyers@silverhillhospital.org; dmickley@aol.com; dmueller@silverhillhospital.org; sniego@silverhillhospital.org; mnorton@silverhillhospital.org; apazniokas@silverhillhospital.org
**Subject:** Re: Audio of CT State Marshall showing corruption between Sank, Silver Hill; Danaher crime;+[redacted]

---

Ooops, forgot to CC the Silver Hill staff.
Silver Hill Staff: You know how Silver Hill treats its victims (I have your patients & fellow staff on record), so I would recommend you each retain counsel separately and not trust Silver Hill to represent your best interests.

Ari

On Sun, Oct 8, 2017 at 11:31 AM, Ari Teman <ari@teman.com> wrote:

> Hello people of Silver Hill, Beazley, Mr. Sank, Danaher Lagnese,
>
> Here is an audio recording of a CT State Marshall Constable Bill Kemp disclosing that you have knowingly been serving patients at false addresses.
>
> **AUDIO (Gets good at 1:03):** https://www.dropbox.com/s/9lbfhwl7rmv245a/call_18-39-15_OUT_.aac?dl=0
>
> Mr. **Sank**, your days practicing law are numbered -- I don't think you have the capital to settle such a matter, and you've already been sanctioned. I am happy to discuss a settlement with you (I put a rough price down below), but I think I would rather have you nailed and therefore implicating Silver Hill. I bet a lot of folks want to see you in jail!
>
> **Danaher**, the recording (2:43) also documents your attorneys (Kelson & Nelson) running to avoid service -- a crime. I will pursue this.
>
> As to **Silver Hill,** in addition to this, I have audio recordings and screenshots of conversations with former patients and staff. Mr. Gelman, you're looking at jail for sure (I do not call you doctor, and I am sure you should have failed your boards a 3rd time).
>
> Silver Hill I'm sure is well-aware of the other matters in which it was involved (and **Ms. Rendon** can undoubtedly guess why I won't disclose them here.)
>
> I can also demonstrate that the Court in which our trial is being held has ties to Silver Hill, such as a **Judge serving on a board/committee.** There is no way I'll get a fair trial in that venue, but you realize with this recording – and the files I am not disclosing at the current time – that's no longer an obstacle in my goal to defeat you and prevent you from continuing to harm me and others.
>
> There is no Appeals Court that will uphold anything this judge has done, such as protecting Mr. Sank from the stand, schedule trials on Jewish holidays, and insist on witnesses appearing for deposition on National and religious holidays (Which we still accommodated).
>
> [redacted]
>
> I asked you to leave me alone. I made clear that failing to leave me alone would result in me fighting back. The more you make me relive the horrors of my time in Silver Hill, the longer you keep me in your world.
>
> **You have cost me tens of millions,** destroyed my life's work (JCorps, the 12gurus:Health & 12gurus:Charity conferences, which benefited so many thousands of people and provided a wonderful income to me), severely damaged my reputation, tortiously interfered with my ability to run my business now by dragging me to CT for your bogus claims, and left me with weekly nightmares and PTSD that seeps into everything, every interaction. I would love to focus on my future but as long as you keep playing your game, expect me to hunt your businesses and I will go for the kill.

The current price is as follows:

Beazley PLC & Silver Hill:
$44M – pain and suffering [redacted]

You will also pay ZNC firm all their costs. You will agree to have a neutral 3rd party of my choosing place a guard at the gate to Silver Hill and log the ID of every patient (in full compliance with HIPAA of course) and check with the state record to ensure every single patient at Silver Hill is registered with the state. You will agree to surprise 3rd party inspections for eternity and you will cover the costs. Mr. Gelman will be fired immediately without any future pay.

Mark Sank:
$5M and an agreement to retire immediately

Danaher:
$6M and an agreement to cease defending med mal cases.

Carole: Just get your British idiots to avoid the next phase of this...or man oh man do we have fun stuff for you! Of course you KINDA know because when a CT firm hires you in the midwest, well, there's one reason. ;)

This email is scheduled (using Boomerang) to be forwarded to 10 reporters at Tuesday at 10am NYC time.

Ari

**FOR SETTLEMENT PURPOSES ONLY**

Ari Teman
**Founder | Teman**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com
ari@teman.com

***Friend or Fraud is now Teman***

Services:

| | | |
|---|---|---|
| SubletSpy | \| | Catch & Evict Illegal Airbnb-type sublets |
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, Pando, Curbed

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.
This is not an offer to sell or otherwise deal in securities.