# EXHIBIT M

**From:** Ari Teman <ari@teman.com>
**Sent:** Sun, 8 Oct 2017 19:00:50 -0400 (EDT)
**To:** Maximino Medina <MMedina@znclaw.com>
**Cc:** Jeremy Virgil <jvirgil@znclaw.com>
**Subject:** Re: FW: Message from "RNP002673DD4F21"
**Attachments:** 20171008_185628.jpg

---

Google that number. I'll help you: I have reported the court's illegal service and provided a link to the Marshall's Constable call recording to the FBI.

I believe they will find your firm was unethical in refusing to expose or report such a federal crime as I asked you to do.

I do not think they'll think your refusal to expose the crime, or your disappearing, is coincidental. In fact, Jeremy explicitly says he won't do it because it'll damage his ability to work with the court. Again, that call was recorded. Ask him.

On Oct 8, 2017 4:59 PM, "Maximino Medina" <MMedina@znclaw.com> wrote:

> Please see attached correspondence
>
> Maximino Medina, Jr., Esq.
> Zeldes, Needle & Cooper, P.C.
> 1000 Lafayette Boulevard
> Bridgeport, Connecticut 06604
> (203) 332-5733 (telephone)
> (203) 333-1489 (fax)
> mmedina@znclaw.com
> To ensure compliance with Treasury Regulations (31 CFR Part 10, Section 10.35), we inform you that any tax advice contained in this correspondence was not intended or written by us to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code. This communication may contain information that is confidential and/or subject to the attorney/client privilege. If you are not the intended recipient, or the employee or agent responsible for delivering the message for the intended recipient, please be advised that any use, distribution, or copying of this communication is prohibited. If you have received this communication in error, please notify the sender immediately. Thank you.
>
> -----Original Message-----
> From: canon
> Sent: Sunday, October 8, 2017 4:58 PM
> To: Jeremy Virgil <jvirgil@znclaw.com>; Maximino Medina <MMedina@znclaw.com>
> Subject: Message from "RNP002673DD4F21"
>
> This E-mail was sent from "RNP002673DD4F21" (MP 7503).
>
> Scan Date: 10.08.2017 16:57:59 (-0400)
> Queries to: canon@znclaw.com