# EXHIBIT N

| | |
|---|---|
| **From:** | "Jason T. Prueher" <jprueher@znclaw.com> |
| **Sent:** | Thu, 18 Aug 2016 21:00:13 -0400 (EDT) |
| **To:** | Ari Teman <ari@ariteman.com> |
| **Cc:** | Jeremy Virgil <jvirgil@znclaw.com> |
| **Subject:** | Re: Case |

I am not giving up. I am emphasizing that we need an xpe to back up our theories. I am emphasizing that we need Dr. Thakkar or someone like him. I am searching for such an expert. I am in the office Friday if you want to talk.

Sent from J Prueher's iPhone.

On Aug 18, 2016, at 8:58 PM, Ari Teman <ari@ariteman.com> wrote:

> I understand. He's got some personal change it seems. I'm a Jewish guy in NYC, give me until Wednesday and I'll get you 5 medical experts.
>
> Ari Teman // ari@ariteman.com // 781.718.3375 // skype
>
> social: facebook / twitter / linkedin / tumblr / instagram
> comedy: website / TRNDNGNEWS
> other: 12gurus / Friend or Fraud / JCorps / GatherGrid
>
> This and all conversations we have are on condition of being off-the-record and confidential. Social Media, too.
>
> On Thu, Aug 18, 2016 at 8:46 PM, Jason T. Prueher <jprueher@znclaw.com> wrote:
>
>> I am just annoyed that Dr. Thakkar fell through. He is the key to all of this. We will find someone new. The sooner the better.
>>
>> Sent from J Prueher's iPhone.