# EXHIBIT O

# ZELDES, NEEDLE & COOPER, P.C.
## ATTORNEYS' RETAINER AGREEMENT

I, Ari Teman, hereby agree to employ the law firm of Zeldes, Needle & Cooper, P.C. to represent me in my claim for personal injuries from against Silver Hill Hospital, Inc. in the Superior Court of Connecticut and Eric Braverman, M.D.; Richard Smayda, D.O.; Sandip Buch, M.D.; Anupama Reddy, M.D.; Path Medical, P.C.; Darya Braverman, and Total Health Nutrients in the Supreme Court of the State of New York.

In consideration for Zeldes, Needle & Cooper, P.C.'s professional services, I hereby agree to pay Zeldes, Needle & Cooper, P.C. one-third (or $33^{1/3}$%) of the total amount of money recovered in my case, whether by way of settlement or award. I understand that this employment, which is on a contingency fee basis, shall serve as the exclusive method for payment. If no recovery is made on my behalf, I will not be indebted to Zeldes, Needle & Cooper, P.C. for any sums of money as attorneys' fees and Zeldes, Needle & Cooper, P.C. will not be required to take an appeal.

There is a statute in Connecticut which sets forth contingency fee limits in personal injury cases such as mine, which limits are set forth in the attached Schedule A. The law allows for a voluntary waiver of this statute under certain circumstances. In view of the complex and unique nature of my case, including but not limited to: (1) the factual medical and legal issues that are at issue; (2) the severity, extent and permanency of my injuries; (3) the extensive investigation that is required; (4) the anticipated protracted discovery proceedings, including the likelihood of having to take multiple depositions; (5) the considerable costs that will be expended; and (6) the need for independent expert witness testimony, **I hereby agree to waive the statutory fee limits and pay Zeldes, Needle & Cooper, P.C. one-third (or $33^{1/3}$%) of the total recovery**. As part of this agreement, I understand that Zeldes, Needle & Cooper, P.C. will advance all of the reasonable and necessary costs and expenses on my behalf in order to thoroughly prosecute my claim and I am aware of Zeldes, Needle & Cooper, P.C.'s experience in handling complex cases of this nature.

I understand that Zeldes, Needle & Cooper, P.C. shall pay all preparation and trial costs incurred in the handling of my claim, including but not limited to: investigative expenses, court costs, trial expenses, expert witness fees, online research charges, Marshals' fees, court reporters' fees and all other reasonable and necessary expenses associated with a thorough and complete prosecution of my claim. In the event there is a successful recovery made on my behalf, and in consideration for its willingness to advance these costs, I hereby agree to reimburse Zeldes, Needle & Cooper, P.C. for all such expenses, which I understand are separate and apart from the attorneys' fees and shall be paid from the net proceeds recovered in my case after the deduction of the attorneys' fees are taken.

Unless this representation is terminated in accordance with the terms as set forth below, I understand that if no recovery is made on my behalf, I will not be indebted to reimburse Zeldes, Needle & Cooper, P.C. for any of the above-referenced out-of-pocket expenses.

I understand that if any judgment rendered in this matter is appealed or if any such judgment in my favor requires additional legal work to collect, then such appeal or additional legal work will not be subject to this agreement.

In the event Zeldes, Needle & Cooper, P.C. agrees to take and/or defend an appeal on my behalf or to perform additional legal work after a verdict has been rendered or a final judgment has been entered, including but not limited to any attempts to collect on such judgment or verdict, then such appeal or additional legal work will only be performed if I sign a separate fee agreement at a later time setting out the terms of that subsequent representation.

I hereby reserve the right to terminate the legal services of Zeldes, Needle & Cooper, P.C. at any time for any reason. Should I choose to do so, I must do so in writing and I shall become responsible to Zeldes, Needle & Cooper, P.C. for the reasonable value of its services rendered up until the time of termination as well as for all out-of-pocket disbursements advanced in my case at that time.

Zeldes, Needle & Cooper, P.C. also retain the right to withdraw its services for good cause only. If Zeldes, Needle & Cooper, P.C. chooses to terminate the attorney-client relationship and has good cause to do so, I shall become responsible to Zeldes, Needle & Cooper, P.C. for the reasonable value of its legal services rendered up until the time of termination as well as for all out-of-pocket disbursements advanced in my case at that time. I understand that if my claim is in suit, Zeldes, Needle & Cooper, P.C. may not withdraw from this representation without the prior approval of the court.

I have read this document fully and agree to be bound by its terms and conditions.

Dated at Bridgeport, Connecticut on this 4 day of May, 2015.

By: ______________________
Ari Teman

We hereby agree to accept employment in accordance with this agreement.

ZELDES, NEEDLE & COOPER, P.C.

By: ______________________
Jeremy C. Virgil

**Schedule A.**

Attorneys' fees shall not exceed an amount equal to a percentage of the damages awarded and received by the client, or of the settlement amount received by the client as follows, **unless there is a voluntary waiver of the percentage limitations stated below**:

(1) Thirty-three and one-third percent ($33^{1/3}$%) of the first $300,000.00; and

(2) Twenty-five percent (25%) of the next $300,000.00; and

(3) Twenty percent (20%) of the next $300,000.00; and

(4) Fifteen percent (15%) of the next $300,000.00; and

(5) Ten percent (10%) of any amount which exceeds $1,200,000.00.