# EXHIBIT P

**ZELDES, NEEDLE & COOPER, P.C.**
**Settlement Statement**
**December 8, 2017**

**Re: Silver Hill Hospital, Inc. v. Ari Teman**
**Date of Loss: Around October 2011**

| | | |
|---|---|---|
| **SETTLEMENT AMOUNT:** | | **$ 40,000.00** |
| **Attorneys' Fees: (33.33%)** | $ 13,333.33 | $ (13,333.33) |
| Law Offices of Michael Laux (1/3 of $ ) | $ 4,444.44 | |
| Zeldes, Needle & Cooper (2/3 of $ ) | $ 8,888.89 | |
| **ZNC Disbursements:** | | |
| Medical Records - | | |
| IOD ($32.12/2) | $ 16.06 | |
| Glen E. Waldman Simi Surgery Center ($50/2) | $ 25.00 | |
| NYU Sleep Center ($20/2) | $ 10.00 | |
| Walgreen Co. ($8.68/2) | $ 4.34 | |
| Healthport ($173.40/2) | $ 86.70 | |
| Florida Dept. of Health Records ($56.25/2) | $ 28.00 | |
| Z. Osterweil ($150/2) | $ 75.00 | |
| A. Krieger - Copies of Medical Notes ($63.75/2) | $ 31.75 | |
| Depo Transcripts: | | |
| Computer Reporting Service (Silver Hill) | $ 672.66 | |
| Sanders Gale & Russell | $ 865.21 | |
| Fink & Carney | $ 84.25 | |
| Filing Fee CT Superior Court (Silver Hill) | $ 449.68 | |
| US Treasury 2009-2015 Tax Returns ($350/2) | $ 175.00 | |
| Superior Court - Certificate of Good Standing | $ 10.00 | |
| Conference Calls | $ 6.66 | |
| Subpoenas | $ 414.99 | |
| Psychologist Eshvil Deposition Prep. | $ 2,000.00 | |
| Fedex Mailings | $ 101.22 | |
| Westlaw Legal Research | $ 8,248.40 | $ - |
| Travel | $ 1,482.25 | |
| | $ 14,787.17 | |
| **Total Disbursements:** | | (14,787.17) |
| **Outstanding Medical Balances/Liens:** | | |
| **NET BALANCE DUE AND OWING TO CLIENT:** | **$ 11,879.50** | |

| westlaw | Travel | Fedex | computer reporting | | Phone calls | | Subpoenas |
|---|---|---|---|---|---|---|---|
| | 35.77 | | | | | | 60 |
| | 41.67 | | | | 1.68 | | 234.99 |
| | 47.17 | | | | 1.74 | | 60 |
| 409.98 | $ 84.18 | 24.12 | $ 252.58 | | 3.24 | | 60 |
| 152.52 | $ 33.00 | 15.35 | $ 420.08 | | 6.66 | | 414.99 |
| 566.69 | $ 18.30 | **12.85** | $ 84.25 | | | | |
| 41.28 | $ 9.91 | 16.3 | $ 756.91 | | | | |
| 29.33 | $ 9.91 | 16.3 | | | | | |
| 162.58 | $ 39.50 | 16.3 | | | | | |
| 22.54 | $ 17.32 | 101.22 | NY Court Filing | | | | |
| 706.69 | $ 10.14 | | $ 45.00 | | | | |
| 238.05 | $ 45.42 | | $ 45.00 | | | | |
| 630.92 | $ 43.17 | | | | | | |
| 134.8 | $ 12.00 | | $ 90.00 | | | | |
| 255.44 | $ 43.17 | | | | | | |
| 589.64 | $ 17.32 | | | | | | |
| 724.19 | | | | | | | |
| 202.21 | $ 44.42 | | | | | | |
| 186.33 | $ 23.87 | | | | | | |
| | $ 39.03 | | | | | | |
| 0.1 | $ 44.03 | | | $ 13,333.33 | | | |
| 37.64 | $ 21.36 | | | $ 14,787.17 | | | |
| 101.9 | $ 24.08 | | | $ 28,120.50 | | 11,879.50 | |
| 188.31 | $ 20.20 | | | | | 28120.5 | |
| 183.8 | $ 49.53 | | | | | 40,000.00 | |
| 151.33 | $ 44.53 | | | | | | |
| 447.3 | $ 24.30 | | | | | | |
| 294.34 | $ 23.87 | | | | | | |
| 81.95 | $ 48.22 | | | | | | |
| 476.34 | $ 39.75 | | | | | | |
| 61.34 | $ 87.96 | | | | | | |
| 43.39 | $ 46.25 | | | | | | |
| 40.04 | $ 23.65 | | | | | | |
| 218.57 | $ 23.65 | | | | | | |
| 272.03 | $ 23.65 | | | | | | |
| 271.35 | $ 23.65 | | | | | | |
| 64.96 | $ 23.65 | | | | | | |
| 260.52 | $ 23.65 | | | | | | |
| | $ 23.65 | | | | | | |
| **8248.4** | $ 41.60 | | | | | | |
| | $ 23.65 | | | | | | |
| | $ 9.00 | | | | | | |
| | $ 23.65 | | | | | | |
| | $ 24.61 | | | | | | |
| | $ 14.85 | | | | | | |
| | $ 22.62 | | | | | | |
| | $ 29.38 | | | | | | |
| | $ 22.99 | | | | | | |
| | $ 15.00 | | | | | | |
| | **$ 1,482.25** | | | | | | |
| | 2439.4 | | | | | | |
| | $ 9,562.62 | | | | | | |
| | 12002.02 | | | | | | |

I, **Ari Tema**n, hereby acknowledge that the foregoing statement of account pertaining to my medical malpractice claim for personal injuries as a result of the medical treatment and evulation that occurred around October 2011 in New York, NY, has been explained to my satisfaction and I hereby consent to settle this claim in accordance with the terms as set forth above and authorize Zeldes, Needle & Cooper, P.C. to endorse my name on the settlement check and pay out in accordance herewith.

________________________ __________________________________

**Date** **Ari Teman**

| | A |
|---|---|
| 1 | ZELDI |
| 2 | |
| 3 | |
| 4 | |
| 5 | **Re: Silver Hill Hospital, Inc. v. Ari Teman** |
| 6 | **Date of Loss: Around October 2011** |
| 7 | |
| 8 | **SETTLEMENT AMOUNT:** |
| 9 | |
| 10 | Attorneys' Fees: (33.33%) |
| 11 | Law Offices of Michael Laux (1/3 of $ ) |
| 12 | Zeldes, Needle & Cooper (2/3 of $ ) |
| 13 | |
| 14 | **ZNC Disbursements:** |
| 15 | Medical Records - |
| 16 | IOD ($32.12/2) |
| 17 | Glen E. Waldman Simi Surgery Center ($50/2) |
| 18 | NYU Sleep Center ($20/2) |
| 19 | Walgreen Co. ($8.68/2) |
| 20 | Healthport ($173.40/2) |
| 21 | Florida Dept. of Health Records ($56.25/2) |
| 22 | Z. Osterweil ($150/2) |
| 23 | A. Krieger - Copies of Medical Notes ($63.75/2) |
| 24 | |
| 25 | |
| 26 | Depo Transcripts: |
| 27 | Computer Reporting Service (Silver Hill) |
| 28 | Sanders Gale & Russell |
| 29 | Fink & Carney |
| 30 | Filing Fee CT Superior Court (Silver Hill) |
| 31 | US Treasury 2009-2015 Tax Returns ($350/2) |
| 32 | Superior Court - Certificate of Good Standing |
| 33 | Conference Calls |
| 34 | Subpoenas |
| 35 | Psychologist Eshvil Deposition Prep. |
| 36 | Fedex Mailings |
| 37 | Westlaw Legal Research |
| 38 | Travel |
| 39 | |
| 40 | **Total Disbursements:** |
| 41 | |

| | B | C | D | E | F |
|---|---|---|---|---|---|
| 1 | ES, NEEDLE & COOPER, P.C. | | | | |
| 2 | Settlement Statement | | | | |
| 3 | December 8, 2017 | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | Travel |
| 7 | | | | | 35.77 |
| 8 | | $ 40,000.00 | | | 41.67 |
| 9 | | | | westlaw | 47.17 |
| 10 | $ 13,333.33 | $ (13,333.33) | | 409.98 | $ 84.18 |
| 11 | $ 4,444.44 | | | 152.52 | $ 33.00 |
| 12 | $ 8,888.89 | | | 566.69 | $ 18.30 |
| 13 | | | | 41.28 | $ 9.91 |
| 14 | | | | 29.33 | $ 9.91 |
| 15 | | | | 162.58 | $ 39.50 |
| 16 | $ 16.06 | | | 22.54 | $ 17.32 |
| 17 | $ 25.00 | | | 706.69 | $ 10.14 |
| 18 | $ 10.00 | | | 238.05 | $ 45.42 |
| 19 | $ 4.34 | | | 630.92 | $ 43.17 |
| 20 | $ 86.70 | | | 134.8 | $ 12.00 |
| 21 | $ 28.00 | | | 255.44 | $ 43.17 |
| 22 | $ 75.00 | | | 589.64 | $ 17.32 |
| 23 | $ 31.75 | | | 724.19 | |
| 24 | | | | 202.21 | $ 44.42 |
| 25 | | | | 186.33 | $ 23.87 |
| 26 | | | | | $ 39.03 |
| 27 | $ 672.66 | | | 0.1 | $ 44.03 |
| 28 | $ 865.21 | | | 37.64 | $ 21.36 |
| 29 | $ 84.25 | | | 101.9 | $ 24.08 |
| 30 | $ 449.68 | | | 188.31 | $ 20.20 |
| 31 | $ 175.00 | | | 183.8 | $ 49.53 |
| 32 | $ 10.00 | | | 151.33 | $ 44.53 |
| 33 | $ 6.66 | | | 447.3 | $ 24.30 |
| 34 | $ 414.99 | | | 294.34 | $ 23.87 |
| 35 | $ 2,000.00 | | | 81.95 | $ 48.22 |
| 36 | $ 101.22 | | | 476.34 | $ 39.75 |
| 37 | $ 8,248.40 | $ - | | 61.34 | $ 87.96 |
| 38 | $ 1,482.25 | | | 43.39 | $ 46.25 |
| 39 | $ 14,787.17 | | | 40.04 | $ 23.65 |
| 40 | | (14,787.17) | | 218.57 | $ 23.65 |
| 41 | | | | 272.03 | $ 23.65 |

| | G | H | I | J | K | L |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | Phone calls | | Subpoenas |
| 7 | | | | | | 60 |
| 8 | | | | 1.68 | | 234.99 |
| 9 | Fedex | computer reporting | | 1.74 | | 60 |
| 10 | 24.12 | $ 252.58 | | 3.24 | | 60 |
| 11 | 15.35 | $ 420.08 | | 6.66 | | 414.99 |
| 12 | **12.85** | $ 84.25 | | | | |
| 13 | 16.3 | $ 756.91 | | | | |
| 14 | 16.3 | | | | | |
| 15 | 16.3 | | | | | |
| 16 | 101.22 | NY Court Filing | | | | |
| 17 | | $ 45.00 | | | | |
| 18 | | $ 45.00 | | | | |
| 19 | | | | | | |
| 20 | | $ 90.00 | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | $ 13,333.33 | | | |
| 28 | | | $ 14,787.17 | | | |
| 29 | | | $ 28,120.50 | | 11,879.50 | |
| 30 | | | | | 28120.5 | |
| 31 | | | | | 40,000.00 | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |

A

**Outstanding Medical** Balances/Liens:

**NET BALANCE DUE AND OWING TO CLIENT:**

I, **Ari** Teman, hereby acknowledge that the foregoing s
to my medical malpractice claim for personal injuries a
and evulation that occurred around October 2011 in Ne
my satisfaction and I hereby consent to settle this claim
forth above and authorize Zeldes, Needle & Cooper, P.
settlement check and pay out in accordance herewith.

Date

| | B | C | D | E | F |
|---|---|---|---|---|---|
| 42 | | | | 271.35 | $ 23.65 |
| 43 | | | | 64.96 | $ 23.65 |
| 44 | | | | 260.52 | $ 23.65 |
| 45 | | **$ 11,879.50** | | | $ 23.65 |
| 46 | | | | **8248.4** | $ 41.60 |
| 47 | | | | | $ 23.65 |
| 48 | | | | | $ 9.00 |
| 49 | | | | | $ 23.65 |
| 50 | | | | | $ 24.61 |
| 51 | | | | | $ 14.85 |
| 52 | | | | | $ 22.62 |
| 53 | | | | | $ 29.38 |
| 54 | | | | | $ 22.99 |
| 55 | :atement of account pertaining | | | | $ 15.00 |
| 56 | ; a result of the medical treatment | | | | $ 1,482.25 |
| 57 | w York, NY, has been explained to | | | | |
| 58 | in accordance with the terms as set | | | | |
| 59 | C. to endorse my name on the | | | | |
| 60 | | | | | |
| 61 | | | | | 2439.4 |
| 62 | | | | | $ 9,562.62 |
| 63 | | | | | |
| 64 | ____________________________ | | | | 12002.02 |
| 65 | **Ari Teman** | | | | |

| | G | H | I | J | K | L |
|---|---|---|---|---|---|---|
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| 51 | | | | | | |
| 52 | | | | | | |
| 53 | | | | | | |
| 54 | | | | | | |
| 55 | | | | | | |
| 56 | | | | | | |
| 57 | | | | | | |
| 58 | | | | | | |
| 59 | | | | | | |
| 60 | | | | | | |
| 61 | | | | | | |
| 62 | | | | | | |
| 63 | | | | | | |
| 64 | | | | | | |
| 65 | | | | | | |