# EXHIBIT Q

| | |
|---|---|
| **From:** | Ari Teman <ari@teman.com> |
| **Sent:** | Tue, 7 Nov 2017 14:14:44 -0500 (EST) |
| **To:** | Jeremy Virgil <jvirgil@znclaw.com> |
| **Subject:** | Re: Money |

Thank you. I appreciate it.

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierce (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

0 SECOND VIDEO:
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Mc [illegible]
Terms apply to each service. Each service [illegible]
Terms cannot be changed via email or oral agreement [illegible]

On Tue, Nov 7, 2017 at 2:11 PM, Jeremy Virgil <jvirgil@znclaw.com> wrote:

> You're right. The expenses were higher than I thought. I'll stand by what I said and do the $25/$15k.
>
> Jeremy C. Virgil
>
> Zeldes, Needle & Cooper, P.C.
>
> 1000 Lafayette Blvd
>
> P.O. Box 1740
>
> Bridgeport CT 06601-1740
>
> t(203) 333-9441
>
> f(203) 333-1489
>
> This communication may contain information that is CONFIDENTIAL and/or subject to the ATTORNEY-CLIENT PRIVILEGE. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, please be advised that any use, distribution, or copying of this communication is prohibited. If you have received this communication in error, please notify the sender immediately. Thank you.
>
> **From:** Ari Teman [mailto:ari@teman.com]
> **Sent:** Tuesday, November 7, 2017 2:10 PM
> **To:** Jeremy Virgil <jvirgil@znclaw.com>
> **Subject:** Re: Money
>
> Our discussion was that your expenses & fees were around $15k and I'd net $25k. That was the exact thing we discussed. If I'd known my net would be $10k or $20k, I'd go to trial. It's not about the $5k difference, but about a trust issue here. You wanted me to drop this case, you made clear representations to me, and now you want me to go forward with you with the feeling (which I'm sure is true given our interaction in Stamford) that you just want out of the case. Maybe you gave me bad advice to settle. Not happy about this. I will think on it.

**Ari Teman | Founder** | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:

| | |
|---|---|
| GateGuard.xyz | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierce (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All convers[illegible]
Terms apply to each service. Each service is a different entity
Terms cannot be changed via email or oral agreement

On Tue, Nov 7, 2017 at 2:06 PM, Jeremy Virgil <jvirgil@znclaw.com> wrote:

> The check for $40,000 has arrived. Looking at your cases we have accrued $17,172.77 in expenses to date (expert fees, deposition transcripts, records…). If I collected all of those expenses and the fee that would net you somewhere around $10,000. Rather than do that I thought we should just split the check $20,000 to you, $20,000 in fees and costs to ZNC, and I'll leave the balance of the expenses to potentially be recouped from any recovery in the other case.
>
> Please let me know that this is acceptable and I will put the money into my firm's trust account. Once it clears the bank I will then have the check and mail to you at your work address.
>
> Sincerely,
>
> Jeremy C. Virgil
>
> Zeldes, Needle & Cooper, P.C.
>
> 1000 Lafayette Blvd
>
> P.O. Box 1740
>
> Bridgeport CT 06601-1740
>
> t(203) 333-9441
>
> f(203) 333-1489
>
> This communication may contain information that is CONFIDENTIAL and/or subject to the ATTORNEY-CLIENT PRIVILEGE. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, please be advised that any use, distribution, or copying of this communication is prohibited. If you have received this communication in error, please notify the sender immediately. Thank you.