USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ARI BARUCH TEMAN,

Plaintiff,

-v-

MEDPRO GROUP INC. et al.,

Defendants.

---------------------------------------------------------------------X

26-cv-3517 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff's motion at Dkt. No. 75 is granted in part and denied in part. The motion to extend the time to serve The Flood Law Firm, LLC and Jason T. Prueher to December 2, 2026 is granted for good cause shown. The motion is denied in all other respects. Discovery has been stayed in this case and the Court will not order the Clerk of Court to take any steps that would accommodate Plaintiff's status as a fugitive in connection with the criminal case against him in this District.

The Clerk of Court is respectfully directed to close Dkt. No. 75.

SO ORDERED.

Dated: September 11, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge