USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ARI BARUCH TEMAN,

Plaintiff,

-v-

MEDPRO GROUP INC. et al.,

Defendants.

---------------------------------------------------------------------X

26-cv-3517 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

In light of the filing of Plaintiff's amended complaint, Dkt. No. 51, and the motions to dismiss directed to that pleading, Dkt. Nos. 59, 61, 65, the following motions to dismiss the original complaint are denied as moot: Dkt. Nos. 43, 45–48.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 43, 45–48.

SO ORDERED.

Dated: September 16, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge