**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARI BARUCH TEMAN,<br><br>Plaintiff,<br><br>-against-<br><br>MEDPRO GROUP INC.; SOMERSET SERVICES LLC d/b/a ATTORNEY PROTECTIVE; SCOTT PATRICK; ZELDI NEEDLE & COOPER, P.C.; JEREMY VIR MAXIMINO MEDINA, JR.; ROBERT S. COOPER; JASON T. PRUEHER; THE FL LAW FIRM, LLC; LEWIS BRISBOIS BISGAARD & SMITH LLP; CRISTINA YANNUCCI; SAMUEL COHEN; DANAH LAGNESE, P.C.; and SILVER HILL HOSPITAL, INC.,<br><br>Defendants. | Case No. 1:26-cv-03517-LJL<br><br>**NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that Lydecker, atttorneys for Defendant Silver Hill Hospital, Inc. will make a motion before the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a time to be set by the Court, for an order dismissing the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Moving Defendant will reply upon the attached Memorandum of Law and incorporated documents.

Respectfully Submitted,

**LYDECKER**
*Attorneys for Silver Hill Hospital, Inc.*

__________________________
Michael Poreda, Esq.
Robert Pariser, Esq.

Mark Loevinger, Esq.
200 Broadhollow Road, Suite 207
Melville, NY 1747
Phone: 631-260-1110
mporeda@lydecker.com
rjp@lydecker.com
mloevinger@lydecker.com

Dated: September 21, 2026