UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ARI TEMAN,<br><br>Plaintiff,<br><br>-v-<br><br>MEDPRO GROUP INC., et al.,<br><br>Defendants. | : | 26-cv-3517 (LJL)<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

Before the Court is Plaintiff Ari Teman's motion for recusal and disclosure under 28 U.S.C. § 455(a) and (b)(4). Dkt. No. 88. Plaintiff filed a near-identical motion in a related case. *See Teman v. Zeldes Needle Cooper LLP*, No. 24-cv-9830 ("Related Action"), Dkt. No. 142 (S.D.N.Y. Nov. 18, 2026). The Court denied that motion in a Memorandum and Order on November 18, 2026. *See* Related Action Dkt. No. 141.[1] For the reasons expressed in that Memorandum and Order, the Court DENIES the motion in this case as well. The Clerk of Court is respectfully directed to close Dkt. No. 88.

SO ORDERED.

Dated: November 19, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

[1] Plaintiff had difficulty accessing the Court's electronic filing system and, as a result, emailed the recusal motions in both this case and the Related Action to the Court's Pro Se Filing Office, copying the Court and opposing counsel. Given the time-sensitive nature of Plaintiff's motion in the Related Action, the Court issued its Memorandum and Order before Plaintiff's filings appeared on the docket.